E577MARC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------------x

3   UNITED STATES OF AMERICA,

4                    v.                          13 Cr. 368 (DLC)

5   MARK MARMILEV, AZZEDDINE EL AMINE,
    MAXIM CHUKHAREV, et al.,
6
                     Defendants.
7
    ------------------------------------x

8
                                        May 9, 2014
9                                       3:15 p.m.

10  Before:

11                       HON. DENISE L. COTE
                                        District Judge
12

13                          APPEARANCES

14  PREET BHARARA
         United States Attorney for the
15       Southern District of New York
    BY:  SERRIN TURNER
16       CHRISTINE MAGDO
         Assistant United States Attorneys
17
    SETH GINSBERG
18       Attorney for Defendant Mark Marmilev

19  LEO KIMMEL
         Attorney for Defendant Azzeddine El Amine
20
    SARAH KUNSTLER
21       Attorney for Defendant Maxim Chukharev

22  ALSO PRESENT:  TATE JARROW, Secret Service
                   VALERY GLEIKH, Russian Interpreter
23

24

25

E577MARC

```
1              (Case called)

2              (In open court)

3              MR. TURNER:  Good afternoon, your Honor.  Serrin

4    Turner for the government.  With me at counsel table is AUSA

5    Christine Magdo and Special Agent Tate Jarrow from the Secret

6    Service.

7              MR. GINSBERG:  Good afternoon, your Honor.  Seth

8    Ginsberg on behalf of Mark Marmilev who is present in the

9    courtroom today.

10             MR. KIMMEL:  Leo Kimmel for Mr. El Amine.  Good

11   afternoon, your Honor.

12             MS. KUNSTLER:  Good afternoon, your Honor.  Sarah

13   Kunstler for Maxim Chukharev.

14             THE COURT:  Welcome everyone.  We are assisted this

15   afternoon by interpreters.  We have a Russian interpreter here,

16   and I believe he is serving as an interpreter to assist

17   Mr. Chukharev.

18             Mr. Chukharev, if you have any difficulty

19   understanding what is being said through the interpreter, will

20   you please let me know immediately.

21             DEFENDANT CHUKHAREV:  I understand.

22             THE COURT:  And you will let me know immediately if

23   you have any difficulty understanding?

24             DEFENDANT CHUKHAREV:  I will.

25             THE COURT:  Thank you.  I would ask the interpreter,
```

E577MARC

1  please, to stand.  I don't believe I have qualified you before

2  in this proceeding.  So, if you could please advise me how did

3  you learn English?

4          THE INTERPRETER:  I graduated from the Foreign

5  Language Institute in Moscow.  Five years of English schooling,

6  and then upon my graduation I actually I have been interpreting

7  as an interpreter in the Soviet Union, and since I came here in

8  the United States in '92, and I have been doing quite a few

9  jobs for you in particular, Judge.

10          THE COURT:  Thank you very much.

11          THE INTERPRETER:  Good afternoon.

12          THE COURT:  And Russian is your native tongue.

13          THE INTERPRETER:  Yes.

14          THE COURT:  Please place the interpreter under oath.

15          (Interpreter sworn)

16          THE COURT:  And we have as well interpreters who are

17  prepared to both interpret in French and in Spanish for Mr. El

18  Amine.

19          Mr. Kimmel, does your client require the services of

20  an interpreter?

21          MR. KIMMEL:  No, your Honor.  I've spoke with him many

22  times; he speaks perfect English.

23          THE COURT:  OK.  Mr. El Amine, if you would please

24  stand.

25          We have interpreters here who can interpret between

E577MARC

```
 1   English and Spanish and between English and French.  Would you

 2   like any interpreter to assist you today?

 3              DEFENDANT EL AMINE:  No, it's OK, your Honor.  It's OK

 4   for now.

 5              THE COURT:  OK.  Will you please tell me immediately

 6   in any proceeding, either today or any future proceeding, if

 7   you need the services of an interpreter.

 8              DEFENDANT EL AMINE:  I will.

 9              THE COURT:  OK.  Thank you.

10              DEFENDANT EL AMINE:  Thank you.

11              THE COURT:  You may be seated.

12              So, our French and Spanish interpreters are excused

13   with the thanks of the court.

14              Mr. Turner, I will take a report.

15              MR. TURNER:  Yes, your Honor.  Since the last

16   conference in this matter the government has begun the process

17   of collecting discovery for production to the recently-arrived

18   defendants.  That process is ongoing.

19              We expect discovery to be produced to Mr. Chukharev's

20   counsel by approximately June 1.  We recently got the drives

21   that are needed to copy that discovery recently.  We are still

22   awaiting drives from Mr. El Amine.

23              We have one defendant, as the court is aware, who is

24   still awaiting extradition from Spain, Mr. Budovsky.

25   Obviously, nothing is a guarantee, but our expectation is that
```

E577MARC

1    he is likely to arrive in or before August of this year,

2    assuming that his latest and last appeal is denied.  Basically

3    his extradition was approved by the three court panel that

4    initially hears such matters, and then he petitioned for the

5    equivalent of rehearing en banc and is awaiting a decision from

6    that body.  Our understanding is that that's essentially the

7    last stop in the process.

8             We have been in contact with Mr. Budovsky's criminal

9    counsel, separate and apart from his extradition counsel, and

10   we have basically kept him apprised of what is going on here.

11   We have offered to start producing discovery to his counsel

12   now, and I am waiting to hear back from him on that.

13            In the meantime, your Honor, we have had discussions

14   with defense counsel here about proposed trial dates, and have

15   arrived at an agreed-upon proposed schedule for the court.

16            THE COURT:  And why don't you review that with me.

17            MR. TURNER:  Sure.  So, first of all, the schedule

18   calls for defense motions -- well, I will start with the trial

19   date.  The proposed trial date is April 27, 2015.  Working

20   backwards from there, 3500 would be produced early on April 3,

21   2015 by the government.  In limine motions would be due March

22   9, with oppositions due March 23.  The parties would exchange

23   exhibits February 16, 2015, and also the government would

24   provide notice of its 404(b) evidence on that same date.

25            And in terms of suppression motions, motions to

E577MARC

```
 1   dismiss the indictment, etc., those would be due November 21,

 2   2014; with government opposition being due December 19; and

 3   defense replies being due January 9, 2015.

 4           THE COURT:  Is that schedule agreeable to you,

 5   Mr. Ginsberg?

 6           MR. GINSBERG:  The schedule is agreeable, your Honor.

 7   I would just like to clarify one thing, if I might.

 8           Mr. Budovsky, as Mr. Turner pointed out, is still in

 9   Spain.  I do understand that he has another appeal that is

10   either about to be submitted or had recently been submitted.

11   It is my understanding that there is a potential appeal after

12   that.

13           I have spoken with the government and gotten

14   information from other sources as well, and the best guess from

15   the government, based on the information that it is receiving,

16   is that he will be here sometime in August.  But, as Mr. Turner

17   indicated, there is no guaranty of that.

18           Mr. Marmilev has been before your Honor almost a year

19   now.  He is somewhat eager to move the process forward, and I

20   just want to understand that if Mr. Budovsky doesn't arrive in

21   July or August, and he arrives in January, for example, and his

22   lawyer says that he is not going to be able to start a trial on

23   April 27, how that's going to play out.  Because obviously

24   Mr. Marmilev has certain interests in moving the process

25   forward, and the court has always been sensitive to that and
```

7

E577MARC

1  worked with us to accommodate our needs along the way.  I just

2  want to make sure his interests are explained and put on the

3  record, and we have an understanding how that's going to work

4  going forward.

5          THE COURT:  Thank you, Mr. Ginsberg.

6          Yes, we have been addressing speedy trial issues all

7  along, and I appreciate the concern of any defendant that a

8  trial date be set at the earliest appropriate time.  And if

9  there is ever an application to move the trial date of April

10  27, I will not move it without giving everybody an opportunity

11  to be heard.

12          So, should we set April 27, 2015 today as our trial

13  date -- and I have yet to hear from two codefendants -- but

14  should we do that, and should something happen either

15  associated with Mr. Budovsky or some other event, and there is

16  an application to move the trial date, I will, as I said, give

17  everyone an opportunity to be heard on that issue.

18          But if we set this trial date today, I want everyone

19  to have confidence that in my mind it's a firm trial date, and

20  everyone should work towards that.  If the defendants want to

21  change counsel or need additional counsel, they should do so

22  promptly, because I'm not going to move the trial date that I

23  set today except for very good cause shown.

24          So, let me ask you, Mr. Kimmel, is the trial date of

25  April 27, 2015 agreeable to you?

E577MARC

1          MR. KIMMEL:  Yes, your Honor.

2          THE COURT:  And let me ask you, Ms. Kunstler, is a

3    trial date of April 27, 2015 agreeable to you?

4          MS. KUNSTLER:  It is, your Honor.  I still have the

5    concerns I outlined in my letter to the court.  I feel a lit

6    bit like I'm being asked to count the number of jelly beans in

7    a jar I haven't seen yet, but it is an acceptable date.

8          I wanted to let the court know that I am also

9    consulting at the court's recommendation with Jerry Tritz on

10   putting together a budget, a case budget as well.

11         THE COURT:  Thank you, Ms. Kunstler, I appreciate

12   that.

13         OK.  So we will set our trial date for April 27, 2015.

14         Mr. Marmilev, do you understand that that is a firm

15   trial date?

16         DEFENDANT MARMILEV:  Yes.

17         THE COURT:  Mr. El Amine, do you understand that is a

18   firm trial date?

19         DEFENDANT EL AMINE:  Yes.

20         THE COURT:  Mr. Chukharev, do you understand that

21   that's a firm trial date?

22         DEFENDANT CHUKHAREV:  Yes.

23         THE COURT:  So, what that means is -- again, just to

24   underscore this for each of the defendants -- you have a right

25   to retain counsel, you have a right to retain other counsel.

E577MARC

1    If you at any point in time can't afford counsel -- you now

2    have retained counsel but want the court to appoint counsel to

3    represent you, I will be happy to do so, but you have to make

4    those decisions far enough in advance of our trial date,

5    because that new lawyer needs an opportunity to prepare, and I

6    am not going to move the trial date because of incoming

7    counsel.

8          OK.  So, do I have any objection to an exclusion of

9    time from today until April 27, 2015?

10         MR. GINSBERG:  No, your Honor.

11         MR. KIMMEL:  No, your Honor.

12         MS. KUNSTLER:  No, your Honor.

13         THE COURT:  So, I am going to exclude time pursuant to

14   the Speedy Trial Act, Title 18 United States Code, Section

15   3161(h)(7)(A), finding the exclusion is in the interests of

16   justice and outweighs the best interests of the public and the

17   defendants in a speedy trial.

18         There is voluminous discovery to be produced to our

19   newest defendants here, and all counsel need extensive time to

20   review it and consult with their clients with respect to their

21   client's wishes.

22         If their clients desire to enter a plea of guilty,

23   their attorneys will need an opportunity to negotiate that

24   disposition with the government.  If the defendants wish to

25   proceed to trial, their attorneys need time to prepare motion

E577MARC

1  practice; I need an opportunity to review any motions submitted

2  to me and rule on them.  And as the scheduled proposed by

3  counsel today suggests, there may be extensive motion practice

4  both in terms of a first waive of motions and also motions in

5  limine.  For all those reasons it is appropriate to exclude

6  this time.

7          Does the government have any additional issue that

8  needs to be addressed?

9          MR. TURNER:  No.  Thank you, your Honor.

10          THE COURT:  Give me just one second, counsel.

11          Is there any issue that any one of the defense counsel

12  would like to raise at today's conference?

13          MR. GINSBERG:  Nothing on behalf of Mr. Marmilev.

14  Thank you, your Honor.

15          MR. KIMMEL:  Nothing on behalf of Mr. El Amine, your

16  Honor.

17          MS. KUNSTLER:  I guess I just wanted a little bit of

18  clarity on the June 1st discovery date, whether that was a date

19  for defendants or whether that was just a date to be produced

20  to defense counsel.

21          THE COURT:  I will allow you to discuss that with the

22  government, Ms. Kunstler.  And, of course, if at any time there

23  is any problem with discovery or production of discovery

24  issues, you are going to discuss that with each other, try to

25  resolve it in good faith.  But if you have an outstanding

E577MARC

1    problem, please feel free to write me promptly, and I will make

2    sure I address it promptly.

3              MS. KUNSTLER:  Thank you, your Honor.

4              THE COURT:  Thank you.  Thank you, all.

5              (Adjourned to April 27, 2015)