# SETH GINSBERG
ATTORNEY AT LAW

August 13, 2014

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *United States v. Marmilev*, **13-CR-368 (DLC)**

Dear Judge Cote:

     I respectfully request permission to have Document 87 filed in the referenced matter stricken.  Despite my diligent efforts, there are some errors in the exhibits that require correction.  Accordingly, I request permission for Document 87 to be stricken so that I may re-file with the corrected exhibits.  I thank the Court in advance for its consideration of this application and apologize for its necessity.

Respectfully,


s/Seth Ginsberg

cc:   All Counsel (via ECF)