

October 3, 2011

**Mr. Mark C. Ray**
**Special Agent**
**FBI Atlanta**

Dear Mr. Ray:

Regarding the query for account number U2892354 below please find the information:

```
Account Lookup

Number              U2892354           USD        $0.00
Account name        [redacted]         Euro       €0.00
Owner's full name   [redacted]         GoldGrams  0.0000gg
Company name
E-mail              [redacted]
Address             [redacted]
City                Zelenograd
Region              Zelenograd
Zip                 124683
County              Russian Federation
Registered since    12/14/2010
Occupation          Student
Account destination Non-Commercial Personal
                    Payments
Account status      Active
```

Accordingly with your request below find a detail of debits and credits of the account:

**Debits:**



### Transfer History

| From date | 14/12/10 | | | To date | 03/10/11 |
| | | | | Account | U2892354 |

| Date | Batch | From | From Name | To | To Name | Currency | Amount |
|---|---|---|---|---|---|---|---|
| 23/09/2011 18:17 | 71402003 | U2892354 | A.Petryshov | U6722635 | alex dudakov | USD | -1007,01 |
| 6/09/2011 21:23 | 69794540 | U2892354 | A.Petryshov | U1140743 | s.ushakov | USD | -50 |
| 1/09/2011 21:20 | 69414746 | U2892354 | A.Petryshov | U1140743 | s.ushakov | USD | -50 |
| 26/08/2011 09:25 | 68932488 | U2892354 | A.Petryshov | U6722635 | alex dudakov | USD | -2555,01 |
| 23/08/2011 18:59 | 68704759 | U2892354 | A.Petryshov | U1140743 | s.ushakov | USD | -1500 |
| 18/08/2011 18:59 | 68291104 | U2892354 | A.Petryshov | U1140743 | s.ushakov | USD | -1100 |
| 25/07/2011 18:28 | 66301856 | U2892354 | A.Petryshov | U1140743 | s.ushakov | USD | -1000 |
| 19/07/2011 17:47 | 65844343 | U2892354 | A.Petryshov | U1140743 | s.ushakov | USD | -2000 |
| 16/07/2011 20:42 | 65650034 | U2892354 | A.Petryshov | U9778752 | 0sivzpe | USD | -242 |
| 30/06/2011 10:23 | 64484641 | U2892354 | A.Petryshov | U6722635 | alex dudakov | USD | -1197,06 |
| 5/06/2011 10:59 | 62651026 | U2892354 | A.Petryshov | U6722635 | alex dudakov | USD | -5300 |
| 29/05/2011 20:45 | 62199616 | U2892354 | A.Petryshov | U4191480 | Kruglov | USD | -1000 |
| 20/05/2011 14:56 | 61622850 | U2892354 | A.Petryshov | U6722635 | alex dudakov | USD | -400 |
| 31/12/2010 09:38 | 52343167 | U2892354 | A.Petryshov | U8118621 | Web Templates | USD | -100 |
| 31/12/2010 09:36 | 52343087 | U2892354 | A.Petryshov | U8118621 | Web Templates | USD | -10 |

**Credits:**

### Transfer History

| From date | 14/12/10 | | | To date | 03/10/11 |

| Date | Batch | From | From Name | To | To Name | Currency | Amount |
|---|---|---|---|---|---|---|---|
| 23/09/2011 18:12 | 71401574 | U1140743 | s.ushakov | U2892354 | A.Petryshov | USD | -1010 |
| 6/07/2011 19:16 | 64926714 | U0704126 | ep0xe1 | U2892354 | A.Petryshov | USD | -8500 |
| 11/06/2011 17:27 | 63131001 | U3906874 | WeiWei | U2892354 | A.Petryshov | USD | -1200 |
| 1/06/2011 08:00 | 62366592 | U5650878 | Daniel | U2892354 | A.Petryshov | USD | -3705 |
| 29/05/2011 20:57 | 62200080 | U9370727 | Eu Cineva | U2892354 | A.Petryshov | USD | -500 |
| 12/05/2011 00:58 | 61023568 | U0615686 | Dancer Co | U2892354 | A.Petryshov | USD | -2500 |
| 14/12/2010 18:05 | 51315444 | U3270667 | keyser | U2892354 | A.Petryshov | USD | -1200 |
| 14/12/2010 16:17 | 51306539 | U3270667 | keyser | U2892354 | A.Petryshov | USD | -1800 |

Following are the IP addresses that the user has used.

Account: U2892354   Name: Alexey / Last Name: Petryashov



| Date | Module | Action | Actor | IP address | Account | Subject/Details |
|---|---|---|---|---|---|---|
| 10/01/2011 0:25 | Site | Login | [owner] | 188.16.243.110 | U2892354(A.Petryshov) | Login: password successful |
| 9/23/2011 18:17:13 | Site | SecurityPinFailure | [owner] | 178.36.224.150 | U2892354(A.Petryshov) | Master key failed |
| 9/23/2011 18:16:49 | Site | Login | [owner] | 178.36.224.150 | U2892354(A.Petryshov) | Login: account |
| 9/23/2011 18:16:27 | Site | Login | [owner] | 178.36.224.150 | U2892354(A.Petryshov) | Login: password successful |
| 9/20/2011 19:40:04 | Site | Login | [owner] | 89.228.193.195 | U2892354(A.Petryshov) | Login: password successful |
| 09/06/2011 21:23 | Site | Logout | [owner] | 89.151.22.192 | U2892354(A.Petryshov) | Logout |
| 09/06/2011 21:15 | Site | Login | [owner] | 89.151.22.192 | U2892354(A.Petryshov) | Login: account |
| 09/06/2011 21:15 | Site | Login | [owner] | 89.151.22.192 | U2892354(A.Petryshov) | Login: password successful |
| 09/01/2011 21:20 | Site | Logout | [owner] | 83.24.230.205 | U2892354(A.Petryshov) | Logout |
| 09/01/2011 21:19 | Site | Login | [owner] | 83.24.230.205 | U2892354(A.Petryshov) | Login: account |
| 09/01/2011 21:18 | Site | Login | [owner] | 83.24.230.205 | U2892354(A.Petryshov) | Login: password successful |
| 8/29/2011 14:29:19 | Site | Login | [owner] | 109.107.24.122 | U2892354(A.Petryshov) | Login: password successful |
| 8/26/2011 09:24:03 | Site | SecurityPinFailure | [owner] | 178.63.207.202 | U2892354(A.Petryshov) | Master key failed |
| 8/26/2011 09:23:18 | Site | Login | [owner] | 178.63.207.202 | U2892354(A.Petryshov) | Login: account |
| 8/26/2011 09:22:48 | Site | Login | [owner] | 178.63.207.202 | U2892354(A.Petryshov) | Login: password successful |
| 8/25/2011 15:04:31 | Site | Login | [owner] | 83.17.180.115 | U2892354(A.Petryshov) | Login: account |
| 8/25/2011 14:59:11 | Site | Login | [owner] | 83.17.180.115 | U2892354(A.Petryshov) | Login: password successful |
| 8/23/2011 18:59:42 | Site | Logout | [owner] | 85.198.244.240 | U2892354(A.Petryshov) | Logout |
| 8/23/2011 18:58:31 | Site | Login | [owner] | 85.198.244.240 | U2892354(A.Petryshov) | Login: account |
| 8/23/2011 18:57:54 | Site | Login | [owner] | 85.198.244.240 | U2892354(A.Petryshov) | Login: password successful |
| 8/18/2011 18:59:30 | Site | Logout | [owner] | 94.72.103.86 | U2892354(A.Petryshov) | Logout |
| 8/18/2011 18:55:04 | Site | Login | [owner] | 94.72.103.86 | U2892354(A.Petryshov) | Login: account |
| 8/18/2011 18:53:25 | Site | Login | [owner] | 94.72.103.86 | U2892354(A.Petryshov) | Login: password successful |
| 8/14/2011 14:47:47 | Site | Login | [owner] | 79.114.99.187 | U2892354(A.Petryshov) | Login: password successful |
| 08/03/2011 19:52 | Site | Login | [owner] | 83.31.65.160 | U2892354(A.Petryshov) | Login: password successful |
| 7/25/2011 18:28:56 | Site | Logout | [owner] | 68.193.111.8 | U2892354(A.Petryshov) | Logout |
| 7/25/2011 18:25:50 | Site | Login | [owner] | 68.193.111.8 | U2892354(A.Petryshov) | Login: account |
| 7/25/2011 18:25:37 | Site | Login | [owner] | 68.193.111.8 | U2892354(A.Petryshov) | Login: password successful |
| 7/19/2011 17:47:45 | Site | Logout | [owner] | 109.124.76.132 | U2892354(A.Petryshov) | Logout |
| 7/19/2011 17:43:44 | Site | Login | [owner] | 109.124.76.132 | U2892354(A.Petryshov) | Login: account |
| 7/19/2011 17:41:48 | Site | Login | [owner] | 109.124.76.132 | U2892354(A.Petryshov) | Login: password successful |
| 7/16/2011 20:41:31 | Site | Login | [owner] | 178.63.207.202 | U2892354(A.Petryshov) | Login: account |
| 7/16/2011 20:40:45 | Site | Login | [owner] | 178.63.207.202 | U2892354(A.Petryshov) | Login: password successful |
| 07/06/2011 19:13 | Site | Login | [owner] | 89.76.181.159 | U2892354(A.Petryshov) | Login: password successful |
| 6/30/2011 10:22:50 | Site | Login | [owner] | 178.63.207.202 | U2892354(A.Petryshov) | Login: account |
| 6/30/2011 10:22:18 | Site | Login | [owner] | 178.63.207.202 | U2892354(A.Petryshov) | Login: password successful |
| 6/30/2011 08:24:37 | Site | Login | [owner] | 91.189.22.116 | U2892354(A.Petryshov) | Login: password successful |
| 6/29/2011 14:41:16 | Site | Login | [owner] | 83.30.197.193 | U2892354(A.Petryshov) | Login: account |



| Date/Time | Type | Action | Party | IP | Account | Details |
|---|---|---|---|---|---|---|
| 6/29/2011 14:40:33 | Site | Login | [owner] | 83.30.197.193 | U2892354(A.Petryshov) | Login: password successful |
| 06/11/2011 17:32 | Site | Login | [owner] | 77.222.247.145 | U2892354(A.Petryshov) | Login: password successful |
| 06/11/2011 17:31 | Site | Login | [owner] | 77.222.247.145 | U2892354(A.Petryshov) | Login: account |
| 06/05/2011 10:59 | Site | Login | [owner] | 79.184.143.137 | U2892354(A.Petryshov) | Login: account |
| 06/05/2011 10:59 | Site | Login | [owner] | 79.184.143.137 | U2892354(A.Petryshov) | Login: password successful |
| 06/01/2011 6:03 | Site | Login | [owner] | 83.20.77.133 | U2892354(A.Petryshov) | Login: account |
| 06/01/2011 6:03 | Site | Login | [owner] | 83.20.77.133 | U2892354(A.Petryshov) | Login: password successful |
| 5/29/2011 19:03:08 | Site | Login | [owner] | 83.30.165.186 | U2892354(A.Petryshov) | Login: account |
| 5/29/2011 19:02:00 | Site | Login | [owner] | 83.30.165.186 | U2892354(A.Petryshov) | Login: password successful |
| 5/29/2011 18:47:07 | Site | Logout | [owner] | 95.104.237.2 | U2892354(A.Petryshov) | Logout |
| 5/29/2011 18:42:28 | Site | Login | [owner] | 95.104.237.2 | U2892354(A.Petryshov) | Login: account |
| 5/29/2011 18:41:50 | Site | Login | [owner] | 95.104.237.2 | U2892354(A.Petryshov) | Login: password successful |
| 5/20/2011 12:56:20 | Site | SecurityPinFailure | [owner] | 79.142.91.75 | U2892354(A.Petryshov) | Master key failed |
| 5/20/2011 12:55:34 | Site | Login | [owner] | 79.142.91.75 | U2892354(A.Petryshov) | Login: password successful |
| 5/20/2011 12:54:27 | Site | Login | [owner] | 79.142.91.75 | U2892354(A.Petryshov) | Login: account |
| 5/20/2011 08:02:26 | Site | Login | [owner] | 79.184.201.139 | U2892354(A.Petryshov) | Login: password successful |
| 05/11/2011 22:59 | Site | Logout | [owner] | 87.205.224.156 | U2892354(A.Petryshov) | Logout |
| 05/11/2011 22:56 | Site | Login | [owner] | 87.205.224.156 | U2892354(A.Petryshov) | Login: account |
| 05/11/2011 22:56 | Site | Login | [owner] | 87.205.224.156 | U2892354(A.Petryshov) | Login: password successful |
| 2/19/2011 23:11:45 | Site | Login | [owner] | 89.151.22.192 | U2892354(A.Petryshov) | Login PL: MASTER sp. z o.o. |
| 2/19/2011 22:53:04 | Site | Login | [owner] | 89.78.151.126 | U2892354(A.Petryshov) | Login PL: UPC Polska Sp. z o.o. |
| 2/19/2011 22:14:43 | Site | Logout | [owner] | 89.151.22.192 | U2892354(A.Petryshov) | Logout |
| 2/19/2011 22:11:45 | Site | Login | [owner] | 89.151.22.192 | U2892354(A.Petryshov) | Login: account |
| 2/19/2011 21:53:19 | Site | Change | [owner] | 89.78.151.126 | U2892354(A.Petryshov) | Contact info change |
| 2/19/2011 21:53:04 | Site | Login | [owner] | 89.78.151.126 | U2892354(A.Petryshov) | Login: account |
| 2/19/2011 21:51:57 | Site | Login | [owner] | 89.78.151.126 | U2892354(A.Petryshov) | Login: password successful |
| 1/26/2011 12:06:49 | Site | Logout | [owner] | 82.208.183.218 | U2892354(A.Petryshov) | Logout |
| 1/26/2011 12:06:23 | Site | Login | [owner] | 82.208.183.218 | U2892354(A.Petryshov) | Login: password successful |
| 12/31/2010 09:38:06 | Site | Login | [owner] | 76.113.242.24 | U2892354(A.Petryshov) | Login US:MN Comcast Cable |
| 12/31/2010 09:36:10 | Site | Login | [owner] | 76.113.242.24 | U2892354(A.Petryshov) | Login US:MN Comcast Cable |
| 12/31/2010 08:38:07 | Site | Login | [owner] | 76.113.242.24 | U2892354(A.Petryshov) | Login: account |
| 12/31/2010 08:36:10 | Site | Login | [owner] | 76.113.242.24 | U2892354(A.Petryshov) | Login: account |
| 12/31/2010 08:35:49 | Site | Login | [owner] | 76.113.242.24 | U2892354(A.Petryshov) | Login: password successful |
| 12/18/2010 13:27:29 | Site | Login | [owner] | 77.89.68.184 | U2892354(A.Petryshov) | Login PL: Przedsiebiorstwo PROMAX Sp j. |
| 12/18/2010 12:27:29 | Site | Login | [owner] | 77.89.68.184 | U2892354(A.Petryshov) | Login: account |
| 12/18/2010 12:27:08 | Site | Login | [owner] | 77.89.68.184 | U2892354(A.Petryshov) | Login: password successful |
| 12/14/2010 17:28:20 | Site | Login | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Login PL: UPC Polska Sp. z o.o. |



| Date | Module | Action | Actor | IP address | Account | Subject Details |
|---|---|---|---|---|---|---|
| 12/14/2010 16:28:20 | Site | Login | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Login: account |
| 12/14/2010 16:27:52 | Site | Login | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Login: password successful |
| 12/14/2010 16:05:47 | Site | Login | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Login PL: UPC Polska Sp. z o.o. |
| 12/14/2010 15:51:20 | Site | Register | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Registration Account number: U2892354 Account name: A.Petryshov Account type: U First name: Alexey Last name: Petryashov E-mail: a.petryashov@yandex.ru |
| 12/14/2010 15:17:29 | Site | Change | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Settings change |
| 12/14/2010 15:07:27 | Site | Change | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Settings change |
| 12/14/2010 15:07:27 | Site | Change | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | IP protection change: disabled |
| 12/14/2010 15:05:47 | Site | Register | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Registration end |
| 12/14/2010 15:05:47 | Site | Change | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Contact info change |
| 12/14/2010 14:55:13 | Site | Login | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Login: account |
| 12/14/2010 14:54:49 | Site | Login | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Login: password successful |
| 12/14/2010 14:51:20 | Site | Register | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Registration end |
| 12/14/2010 14:51:20 | Site | Change | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Settings change |
| 12/14/2010 14:51:20 | Site | Register | [owner] | 89.78.213.5 | U2892354(A.Petryshov) | Registration |

Please note: that the aforementioned information is provided to you for investigative purposes only and should be used only for said purpose and may not be used as evidence in a court of justice since it has not been obtained through official channels.

Please let us know if any further information is required; please keep our office posted for any relevant news or actions to take.

Best Regards,

*Silvia López Sáenz*
**Compliance Officer**

Cc./ Allan Hidalgo, General Manager
    María de los Ángeles Portela, Legal Consultant
    Arch.