October 26, 2011

*Mr. Frank Tutty*
*Special Agent*
*Metropolitan Police Central*

Dear Mr. Tutty:

Regarding the query for account number U7975258 below please find the information:

```
Account Lookup

Account Number    E-mail

Number              U7975258              USD         $0.00
Account name        Rogue Enterprises     Euro        €0.00
Owner's full name   [redacted]            GoldGrams   0.0000gg
Company name        MDSearch
E-mail              [redacted]
Address             [redacted]
City                UK
Region              UK
Zip                 SW15 0QT
Country             United Kingdom
Registered since    9/1/2010
Occupation          Student
Account destination Non-Commercial Personal Payments
Account status      Active
```

Accordingly with your request below find a detail of debits and credits of the account:

**Debits:**

**Transfer History Debits**

| From date | 01/09/10 | To date | 24/10/11 |
|---|---|---|---|
| From account | U7975258 | To account | U7975258 |

| Date | Batch | From | From Name | To | To Name | Currency | Amount |
|---|---|---|---|---|---|---|---|
| 6/03/2011 03:32 | 56625293 | U7975258 | Rogue Enterprises. | U7500286 | MrDjoo | USD | -1,3 |
| 31/12/2010 13:28 | 52354411 | U7975258 | Rogue Enterprises. | U6152325 | munsters2kx | USD | -45 |
| 31/12/2010 13:23 | 52354093 | U7975258 | Rogue Enterprises. | U6152325 | munsters2kx | USD | -400 |
| 31/12/2010 13:22 | 52354065 | U7975258 | Rogue Enterprises. | U6152325 | munsters2kx | USD | -5000 |
| 29/12/2010 20:21 | 52248913 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 26/12/2010 15:14 | 52038205 | U7975258 | Rogue Enterprises. | U9253836 | lkq | USD | -80 |
| 23/12/2010 19:54 | 51914085 | U7975258 | Rogue Enterprises. | U8483921 | Witch | USD | -150 |
| 23/12/2010 14:06 | 51892675 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -40 |
| 22/12/2010 14:10 | 51819268 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -940,2 |
| 21/12/2010 22:59 | 51780962 | U7975258 | Rogue Enterprises. | U3337680 | Ranjit Natt | USD | -55 |
| 20/12/2010 13:21 | 51675944 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 19/12/2010 05:25 | 51608297 | U7975258 | Rogue Enterprises. | U4562589 | Srblche | USD | -88 |
| 19/12/2010 03:27 | 51605832 | U7975258 | Rogue Enterprises. | U4562589 | Srblche | USD | -100 |
| 19/12/2010 02:39 | 51604953 | U7975258 | Rogue Enterprises. | U0141635 | Koseng | USD | -40 |
| 18/12/2010 20:25 | 51593371 | U7975258 | Rogue Enterprises. | U8483921 | Witch | USD | -150 |
| 16/12/2010 13:29 | 51450765 | U7975258 | Rogue Enterprises. | U9253836 | lkq | USD | -150 |
| 11/12/2010 23:05 | 51141431 | U7975258 | Rogue Enterprises. | U6195960 | N01 | USD | -60 |
| 10/12/2010 03:37 | 51020978 | U7975258 | Rogue Enterprises. | U8687589 | vnz1 | USD | -30 |
| 7/12/2010 04:59 | 50789985 | U7975258 | Rogue Enterprises. | U9253836 | lkq | USD | -100 |
| 4/12/2010 14:35 | 50642787 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -100 |
| 2/12/2010 12:30 | 50499070 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1454,8 |
| 29/11/2010 10:55 | 50250940 | U7975258 | Rogue Enterprises. | U9504397 | Kron King | USD | -65 |
| 29/11/2010 08:37 | 50243368 | U7975258 | Rogue Enterprises. | U9781382 | Father Crypter | USD | -30 |
| 29/11/2010 06:05 | 50237434 | U7975258 | Rogue Enterprises. | U9145124 | Shop CC | USD | -5 |
| 29/11/2010 03:04 | 50232621 | U7975258 | Rogue Enterprises. | U9253836 | lkq | USD | -50 |
| 28/11/2010 15:29 | 50211155 | U7975258 | Rogue Enterprises. | U9614915 | testov | USD | -100 |
| 26/11/2010 01:05 | 50060292 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -300 |
| 25/11/2010 20:48 | 50050628 | U7975258 | Rogue Enterprises. | U9614915 | testov | USD | -5 |
| 25/11/2010 20:23 | 50049430 | U7975258 | Rogue Enterprises. | U9614915 | testov | USD | -1 |
| 24/11/2010 18:21 | 49965983 | U7975258 | Rogue Enterprises. | U4875739 | Ben10 | USD | -1 |
| 24/11/2010 03:45 | 49903485 | U7975258 | Rogue Enterprises. | U8019561 | J-Design | USD | -1 |
| 24/11/2010 03:00 | 49901736 | U7975258 | Rogue Enterprises. | U1635758 | Welcome | USD | -1 |
| 24/11/2010 02:56 | 49901636 | U7975258 | Rogue Enterprises. | U0766949 | Online Games Shop | USD | -1 |
| 24/11/2010 02:47 | 49901307 | U7975258 | Rogue Enterprises. | U0766949 | Online Games Shop | USD | -5 |
| 24/11/2010 02:10 | 49900045 | U7975258 | Rogue Enterprises. | U1751914 | db | USD | -100 |
| 23/11/2010 11:28 | 49842146 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -98 |
| 20/11/2010 20:34 | 49678156 | U7975258 | Rogue Enterprises. | U2123120 | W3solutions | USD | -14 |
| 19/11/2010 15:59 | 49597077 | U7975258 | Rogue Enterprises. | U2123120 | W3solutions | USD | -9 |
| 18/11/2010 14:55 | 49508931 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -680,2 |
| 17/11/2010 18:33 | 49437672 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 17/11/2010 02:31 | 49380009 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -200 |
| 16/11/2010 17:15 | 49351631 | U7975258 | Rogue Enterprises. | U6099449 | Fund | USD | -120 |
| 16/11/2010 16:43 | 49349149 | U7975258 | Rogue Enterprises. | U1751914 | db | USD | -120 |

| Date | ID | Account | Name | Ref | Payee | Currency | Amount |
|---|---|---|---|---|---|---|---|
| 15/11/2010 22:43 | 49288238 | U7975258 | Rogue Enterprises. | U9253836 | lkq | USD | -200 |
| 13/11/2010 22:56 | 49153092 | U7975258 | Rogue Enterprises. | U9504397 | Kron King | USD | -100 |
| 11/11/2010 20:26 | 48994262 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -200 |
| 11/11/2010 09:45 | 48944570 | U7975258 | Rogue Enterprises. | U2123120 | W3solutions | USD | -45 |
| 11/11/2010 03:30 | 48926110 | U7975258 | Rogue Enterprises. | U6830448 | gelap gulita | USD | -20 |
| 10/11/2010 22:27 | 48914542 | U7975258 | Rogue Enterprises. | U2487622 | Madmax | USD | -60 |
| 10/11/2010 22:03 | 48913679 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -300 |
| 10/11/2010 19:14 | 48904848 | U7975258 | Rogue Enterprises. | U2487622 | Madmax | USD | -110 |
| 10/11/2010 17:11 | 48894771 | U7975258 | Rogue Enterprises. | U5560023 | Dansinex Inc | USD | -16,9 |
| 10/11/2010 14:00 | 48878654 | U7975258 | Rogue Enterprises. | U4543513 | PayInstantOrder Services | USD | -23 |
| 9/11/2010 19:05 | 48812545 | U7975258 | Rogue Enterprises. | U2785113 | Helix Hosting | USD | -398 |
| 8/11/2010 20:35 | 48729795 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -100 |
| 4/11/2010 17:38 | 48426607 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 1/11/2010 22:03 | 48185112 | U7975258 | Rogue Enterprises. | U9253836 | lkq | USD | -100 |
| 1/11/2010 14:59 | 48154734 | U7975258 | Rogue Enterprises. | U1752772 | JustAnotherHosting | USD | -70 |
| 1/11/2010 05:12 | 48118845 | U7975258 | Rogue Enterprises. | U8019561 | J-Design | USD | -11 |
| 1/11/2010 03:43 | 48115972 | U7975258 | Rogue Enterprises. | U9978613 | Heretical | USD | -10 |
| 31/10/2010 20:28 | 48102388 | U7975258 | Rogue Enterprises. | U3988029 | Global Telkom Ltd. | USD | -15 |
| 31/10/2010 07:58 | 48069417 | U7975258 | Rogue Enterprises. | U4543513 | PayInstantOrder Services | USD | -6,34 |
| 31/10/2010 06:56 | 48066983 | U7975258 | Rogue Enterprises. | U4255691 | Bastet | USD | -35 |
| 31/10/2010 02:09 | 48058788 | U7975258 | Rogue Enterprises. | U1751914 | db | USD | -20 |
| 30/10/2010 16:31 | 48036195 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 28/10/2010 19:32 | 47891344 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 26/10/2010 21:12 | 47713467 | U7975258 | Rogue Enterprises. | U3199017 | funbar | USD | -100 |
| 26/10/2010 16:57 | 47691893 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -248,8 |
| 23/10/2010 01:34 | 47428435 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 22/10/2010 19:00 | 47409469 | U7975258 | Rogue Enterprises. | U5309133 | Robert LR | USD | -107 |
| 22/10/2010 18:59 | 47409406 | U7975258 | Rogue Enterprises. | U5309133 | Robert LR | USD | -107 |
| 21/10/2010 14:57 | 47303580 | U7975258 | Rogue Enterprises. | U2742900 | Oz | USD | -20 |
| 19/10/2010 01:31 | 47093621 | U7975258 | Rogue Enterprises. | X1234 | Ebuygold Ltd | USD | -1065 |
| 16/10/2010 23:20 | 46979000 | U7975258 | Rogue Enterprises. | U1604266 | kotii | USD | -3 |
| 11/10/2010 17:19 | 46583497 | U7975258 | Rogue Enterprises. | U8019561 | J-Design | USD | -11 |
| 5/10/2010 22:28 | 46175204 | U7975258 | Rogue Enterprises. | U7506696 | DimiT | USD | -10,89 |
| 10/09/2010 19:43 | 44574117 | U7975258 | Rogue Enterprises. | U3553408 | Robert's LR | USD | -157,07 |
| 8/09/2010 18:37 | 44450419 | U7975258 | Rogue Enterprises. | U1804344 | dinoduspara | USD | -5 |
| 8/09/2010 06:48 | 44409632 | U7975258 | Rogue Enterprises. | U3199017 | funbar | USD | -32,21 |
| 8/09/2010 04:21 | 44404776 | U7975258 | Rogue Enterprises. | U2552418 | thomes nelson | USD | -7 |
| 8/09/2010 00:27 | 44397789 | U7975258 | Rogue Enterprises. | U0029111 | Anmeldensa | USD | -10 |
| 6/09/2010 05:22 | 44269069 | U7975258 | Rogue Enterprises. | U5298606 | Shinjiru Technology | USD | -10 |
| 1/09/2010 06:03 | 43975570 | U7975258 | Rogue Enterprises. | U5298606 | Shinjiru Technology | USD | -10 |
| Total | | | | | | | -22089,7 |

**Credits:**

**Transfer History Credits**

From date   01/09/10   To date   24/10/11
From account           To account

| Date | Batch | From | From Name | To | To Name | Currency | Amount |
|---|---|---|---|---|---|---|---|
| 15/12/2010 06:56 | 51346164 | U3337680 | Ranjit Natt | U7975258 | Rogue Enterprises. | USD | -61 |
| 30/11/2010 00:41 | 50301893 | U7508415 | ReStore | U7975258 | Rogue Enterprises. | USD | -1441,7 |
| 10/11/2010 15:05 | 48884502 | U7508415 | ReStore | U7975258 | Rogue Enterprises. | USD | -3043,65 |
| 2/11/2010 13:56 | 48234533 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -600 |
| 2/11/2010 13:54 | 48234325 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -1000 |
| 1/11/2010 22:57 | 48187756 | U0284536 | Rogue | U7975258 | Rogue Enterprises. | USD | -126 |
| 1/11/2010 14:13 | 48151341 | U7508415 | ReStore | U7975258 | Rogue Enterprises. | USD | -1138,5 |
| 1/11/2010 12:01 | 48140321 | U3988029 | Global Telkom Ltd. | U7975258 | Rogue Enterprises. | USD | -10 |
| 1/11/2010 03:49 | 48116180 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -1000 |
| 31/10/2010 22:31 | 48106897 | U0284536 | Rogue | U7975258 | Rogue Enterprises. | USD | -260,2 |
| 30/10/2010 14:21 | 48029140 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -1000 |
| 29/10/2010 02:52 | 47912080 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -500 |
| 29/10/2010 01:50 | 47909921 | U0516628 | unkn0wn27 | U7975258 | Rogue Enterprises. | USD | -10 |
| 28/10/2010 16:29 | 47874939 | U7508415 | ReStore | U7975258 | Rogue Enterprises. | USD | -1426,6 |
| 28/10/2010 14:04 | 47863047 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -900 |
| 27/10/2010 19:36 | 47797340 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -732 |
| 26/10/2010 18:44 | 47701907 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -600 |
| 26/10/2010 01:04 | 47631361 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -526 |
| 24/10/2010 22:10 | 47537889 | U7508415 | ReStore | U7975258 | Rogue Enterprises. | USD | -1332,5 |
| 21/10/2010 16:26 | 47311201 | U0284536 | Rogue | U7975258 | Rogue Enterprises. | USD | -1454,75 |
| 21/10/2010 16:19 | 47310505 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -1500 |
| 18/10/2010 22:42 | 47087406 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -400 |
| 18/10/2010 20:40 | 47079998 | U0284536 | Rogue | U7975258 | Rogue Enterprises. | USD | -1219,95 |
| 18/10/2010 15:20 | 47054312 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -280 |
| 18/10/2010 14:08 | 47048590 | U7990419 | Mee | U7975258 | Rogue Enterprises. | USD | -20 |
| 18/10/2010 05:03 | 47015090 | U3378029 | ValidShop | U7975258 | Rogue Enterprises. | USD | -200 |
| 18/10/2010 00:36 | 47007843 | U0284536 | Rogue | U7975258 | Rogue Enterprises. | USD | -522,56 |
| 17/10/2010 20:25 | 46996822 | U0284536 | Rogue | U7975258 | Rogue Enterprises. | USD | -450 |
| 17/10/2010 02:56 | 46983843 | U2717407 | BigB | U7975258 | Rogue Enterprises. | USD | -30 |
| 17/10/2010 02:08 | 46983174 | U0471613 | SOL | U7975258 | Rogue Enterprises. | USD | -10 |
| 17/10/2010 02:02 | 46983064 | U2717407 | BigB | U7975258 | Rogue Enterprises. | USD | -10 |
| 12/10/2010 18:10 | 46666634 | U7990419 | Mee | U7975258 | Rogue Enterprises. | USD | -50 |
| 9/10/2010 12:43 | 46454439 | U7990419 | Mee | U7975258 | Rogue Enterprises. | USD | -20 |
| 6/10/2010 14:13 | 46228653 | U8253677 | belekas | U7975258 | Rogue Enterprises. | USD | -10 |
| 6/10/2010 06:03 | 46197448 | U1380253 | TB Gita Priadi | U7975258 | Rogue Enterprises. | USD | -24 |
| 6/10/2010 05:10 | 46195119 | U1380253 | TB Gita Priadi | U7975258 | Rogue Enterprises. | USD | -10 |
| 5/10/2010 20:44 | 46169721 | U7506696 | DimiT | U7975258 | Rogue Enterprises. | USD | -11 |
| 9/09/2010 00:44 | 44465724 | U9861067 | Tomoko | U7975258 | Rogue Enterprises. | USD | -148,62 |
| 1/09/2010 04:46 | 43973195 | U5477151 | groundzero | U7975258 | Rogue Enterprises. | USD | -85 |

Total                                                                                                             -22164

Regarding the query for account number U0089187 below please find the information:



Accordingly with your request below find a detail of debits and credits of the account:

## Debits:

**Transfer History Debits**

| From date | 02/01/11 | To date | 26/10/11 |
|---|---|---|---|
| From | U0089187 | To account | U0089187 |

account

| Date | Batch | From | From Name | To | To Name | Currency | Amount |
|---|---|---|---|---|---|---|---|
| 21/07/2011 15:17 | 66003798 | U0089187 | Rogue | U3440308 | shishi | USD | -100 |
| 19/07/2011 20:04 | 65853229 | U0089187 | Rogue | U3440308 | shishi | USD | -48 |
| 9/07/2011 18:39 | 65147189 | U0089187 | Rogue | U3440308 | shishi | USD | -100 |
| 26/03/2011 20:29 | 58094552 | U0089187 | Rogue | U0925915 | Rogue | USD | -130 |
| 25/03/2011 01:25 | 57964871 | U0089187 | Rogue | U3440308 | shishi | USD | -45 |
| 23/03/2011 17:49 | 57860396 | U0089187 | Rogue | U3440308 | shishi | USD | -20 |
| 21/03/2011 20:15 | 57701763 | U0089187 | Rogue | U5405729 | ccmall | USD | -1 |
| 19/03/2011 16:38 | 57572091 | U0089187 | Rogue | U3440308 | shishi | USD | -56,5 |
| 8/03/2011 15:55 | 56788095 | U0089187 | Rogue | U6111188 | CR | USD | -10,5 |
| 8/03/2011 14:30 | 56781957 | U0089187 | Rogue | U1804344 | dinoduspara | USD | -32 |
| 8/03/2011 10:33 | 56764626 | U0089187 | Rogue | U4949184 | samgal | USD | -1 |
| 8/03/2011 10:15 | 56763337 | U0089187 | Rogue | U1804344 | dinoduspara | USD | -30 |
| 8/03/2011 10:04 | 56762596 | U0089187 | Rogue | U4949184 | samgal | USD | -5 |
| 8/03/2011 09:33 | 56760715 | U0089187 | Rogue | U4949184 | samgal | USD | -30 |
| 2/03/2011 18:06 | 56393238 | U0089187 | Rogue | U1091956 | garrettisvuln | USD | -1500 |
| 23/02/2011 12:48 | 55883467 | U0089187 | Rogue | U8019561 | J-Design | USD | -19,8 |
| 22/02/2011 18:09 | 55833573 | U0089187 | Rogue | U8019561 | J-Design | USD | -5,5 |
| 21/02/2011 11:48 | 55729504 | U0089187 | Rogue | X1234 | Ebuygold Ltd | USD | -2219 |
| 19/02/2011 04:52 | 55619458 | U0089187 | Rogue | U3440308 | shishi | USD | -85 |
| 15/02/2011 23:41 | 55389498 | U0089187 | Rogue | X1234 | Ebuygold Ltd | USD | -907,96 |
| 15/02/2011 15:00 | 55360187 | U0089187 | Rogue | U5508174 | isurfthenet | USD | -250 |
| 14/02/2011 21:02 | 55314325 | U0089187 | Rogue | U1091956 | garrettisvuln | USD | -1000 |
| 10/02/2011 13:52 | 55056390 | U0089187 | Rogue | U6251138 | swpower | USD | -100 |
| 3/02/2011 13:50 | 54607238 | U0089187 | Rogue | X1234 | Ebuygold Ltd | USD | -2110 |

| Date | Batch | | | | | | |
|---|---|---|---|---|---|---|---|
| 28/01/2011 08:53 | 54212060 | U0089187 | Rogue | U1753877 | bulbula | USD | -1 |
| 27/01/2011 23:29 | 54192111 | U0089187 | Rogue | X1234 | Ebuygold Ltd | USD | -410 |
| 24/01/2011 04:27 | 53890286 | U0089187 | Rogue | U6531935 | CardCafe | USD | -1,05 |
| 24/01/2011 04:23 | 53890185 | U0089187 | Rogue | U6531935 | CardCafe | USD | -1,05 |
| 22/01/2011 07:38 | 53792638 | U0089187 | Rogue | U3440308 | shishi | USD | -120 |
| 14/01/2011 09:51 | 53230185 | U0089187 | Rogue | X1234 | Ebuygold Ltd | USD | -1065 |
| 13/01/2011 12:55 | 53165260 | U0089187 | Rogue | X1234 | Ebuygold Ltd | USD | -1065 |
| 7/01/2011 09:00 | 52735790 | U0089187 | Rogue | X1234 | Ebuygold Ltd | USD | -1065 |
| Total | | | | | | | -12534,36 |

**Credits:**

**Transfer History Credits**

From date    02/01/11    To date    26/10/11
From account                To account

| Date | Batch | From | From Name | To | To Name | Currency | Amount |
|---|---|---|---|---|---|---|---|
| 19/07/2011 17:28 | 65842563 | U0386239 | NiceServices | U0089187 | Rogue | USD | -50 |
| 5/07/2011 00:14 | 64787769 | U5049223 | roberto123 | U0089187 | Rogue | USD | -200 |
| 2/03/2011 18:01 | 56392838 | U8205975 | Disclosure | U0089187 | Rogue | USD | -1864,3 |
| 22/02/2011 22:20 | 55846256 | U1804344 | dinoduspara | U0089187 | Rogue | USD | -20 |
| 21/02/2011 11:44 | 55729277 | U8205975 | Disclosure | U0089187 | Rogue | USD | -1433,1 |
| 17/02/2011 05:39 | 55477802 | X1234 | Ebuygold Ltd | U0089187 | Rogue | USD | -882,96 |
| 14/02/2011 15:06 | 55292906 | U8205975 | Disclosure | U0089187 | Rogue | USD | -2128,4 |
| 3/02/2011 13:40 | 54606535 | U8205975 | Disclosure | U0089187 | Rogue | USD | -1992,85 |
| 14/01/2011 02:56 | 53212586 | X1234 | Ebuygold Ltd | U0089187 | Rogue | USD | -1065 |
| 2/01/2011 19:54 | 5243951 | U7508415 | ReStore | U0089187 | Rogue | USD | -2922,2 |

| | 7 | | | | | |
|---|---|---|---|---|---|---|
| Total | | | | | | -12558,81 |

Attached to this two files in Excel format containing the corresponding IP addresses.

Please note: that the aforementioned information is provided to you for investigative purposes only and should be used only for said purpose and may not be used as evidence in a court of justice since it has not been obtained through official channels.

Please let us know if any further information is required; please keep our office posted for any relevant news or actions to take.

Best Regards,

*Silvia López Sáenz*
**Compliance Officer**

Cc./ Allan Hidalgo, General Manager
    María de los Ángeles Portela, Legal Consultant
    Arch.