Verification - reply required

**Subject: Verification - reply required**
**From: Allan <allan@libertyreserve.cr>**
**Date: Thu, 24 Feb 2011 12:04:45 -0500**
**To: undisclosed-recipients:;**
BCC: exchangeplus@gmail.com, commandes@eurogoldfrance.com, business_08@mail.ru,
sva@onemail.ru, private@trainex.ru, lgeuk@londongoldexchange.com, lrswgd@gmail.com,
lrsngd@gmail.com, admin@epaymonster.com, admin@hulkinnovations.com, admin@tukargold.net,
tom@webmoney.co.nz, support@electrumx.com, payments@spacegold.com,
accounts@speedyexchange.com, admin@paywalker.com, support@globoxchange.com,
admin@menyayu.com, admin@zemwm.com, admin@e-curex.com, support@menyala.ru,
310431860914@wmkeeper.com, admin@moneycentralmarket.com, admin@auexchanges.com,
excurrency@gmail.com, lr@wmoney.in.ua, support@asianagold.com, site@autocambist.com,
support@swiftexchanger.com, soleiman@me-gold.com, pauline.moran@firstoceanicbank.com,
support@isra-gold.com, xchanger.org@gmail.com, sales@londongoldexchange.com,
agham@centralcurrency.com, orders@alertexchanger.com, contact@alertexchanger.com

Dear Sir/Madam,

Liberty Reserve has been doing a major effort to improve services and
provide our customers a high quality attention.
Due to this reason, Verifications Department is asking for some
documents concerning to your commercial activities and company in order
to finish this process.
Respectfully, we ask you for your usual cooperation and collaboration on
providing us the requested information as soon as possible.
On the other hand, if you are unable to furnish us this information we
will be forced to deactivate your account in the next 5 business days,
until you fulfill these requirements.

We will be waiting for your positive feedback at your earliest convenient.

--
Respectfully,
Allan Garcia
Business Administration
Liberty Reserve S.A.
phone: 506.2588.6213
e-mail: allan@libertyreserve.cr

2/28/11 12:44 PM