From: **Compliance** compliance@libertyreserve.cr
Subject: Liberty Reserve Verification Process - U6727XXX - (Limited Account)
Date: September 18, 2012 at 3:15 PM
To: robertlkornblum839@safe-mail.net

Dear Robert,

In order to unblock your account, for security measures we will need to verify your identity, in this email you will find a questionnaire attached and descriptions of the documents required:

To restore access to your account, upon successful verification procedure:

Please e-mail us the required information mentioned below to compliance@libertyreserve.cr with the subject [Verification Process, Limited account] You will find one document attached in this email, please print-fill-submit it back together with the other documents required for verification.

Please provide us with the following documents:

a)  (Scanned copy of) *__International Passport__**, both sides (Front and back)
b)  (Scanned copy of) *__National ID__** "both sides"
c)  (Scanned copy of) *__Utility bill__** (water, electricity, gas, cable or internet) "English or Spanish only" with a maximum maturity of three months. It is not necessary to be registered in your behalf; but it must contain the address registered in the account. If the original document is issued in different language please contact a professional Linguist, they will translate and certify the document.

You must send documents with the following specifications/Requirements:

- Resolution not less than 300 DPI (300 dpi = 1500 x 2100 pixels)
- Full color**
- No trimmings "do not cut the edges of the documents"**
- PDF format

**Other documents are not accepted until formal request by Liberty Reserve.
**If you do not enclose all required documents, your entire verification will be returned to you, causing delays in the processing of your request.

Please note that user must send this information to compliance@libertyreserve.cr
For your own security, You are welcome to confirm this procedure with the live chat personnel.

Thank you for your cooperation.

--



**Best regards,
Alexander Smith
Compliance Department
Liberty Reserve S.A**

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes les autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED



Attach Color Copy of Passport/ Driver's License to this Page





▲ PLEASE TEAR ALONG PERFORATION & INCLUDE WITH PAYMENT.

CABLE ONE
Watch us make you smile:

1525 SHERRY AVE
IDAHO FALLS ID 83401-4849

**PAYMENT COUPON**

**Account # 23457-248532-02-7**

| | |
|---|---|
| Balance Due | $200.69 |
| Date Due | ON RECPT |
| Amount Paid $ | ______ |

**ADDRESS SERVICE REQUESTED**

AV 01 001061 34754 B 3 A**5DGT

CINDY NEIL
[redacted]
IDAHO FALLS ID 83403-2352

▼ MAIL PAYMENTS TO ▼

CABLE ONE
PO BOX 78407
PHOENIX AZ 85062-8407

23457 248532 02 7 2 020069 03

| | | |
|---|---|---|
| | Total Monthly Services | $128.00 |
| 07/23 - 08/22 | 2nd Digital Rcvr | FREE |
| 07/23 - 08/22 | HDTV/DVR Receiver | 10.00 |
| 07/23 - 08/22 | Wireless Modem D3 | 8.00 |
| 07/23 - 08/22 | Addl Outlet | FREE |

As part of Cable One's agreement to provide you services, you agree to pay the late fees that Cable One charges for the costs associated with

FCC #ID0049
Idaho Falls, ID 83402

INTERMOUNTAIN GAS COMPANY
A Subsidiary of MDU Resources Group, Inc.
P.O. Box 64 • Boise, Idaho 83732
www.intgas.com

| PAYMENT DUE DATE | ACCOUNT NUMBER | PAY THIS AMOUNT |
|---|---|---|
| Jul 24, 2012 | 58945600-001-9 | $22.76 |

58945600010000002276

CINDY B NEIL
DAVID M NEIL
[redacted]
IDAHO FALLS, ID 83401-4523

| |
|---|
| **BALANCE FORWARD** $0.00 |
| **CURRENT CHARGES** $22.76 |
| **TOTAL OF ACCOUNT** $22.76 |
| **AMOUNT ENCLOSED** |

***Save a Stamp!***
**Receive, View & Pay your bill online**

***New email, mailing address or phone number? Use reverse side - PLEASE CHECK BOX*** ☐

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection legitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

KERRY ALLEN

UNITED STATES OF AMERICA

Sex / Sexe / Sexo  Place of birth
M  ALABAMA, U.S.A.
Date of issue
15 Nov 2004
Date of expiration
14 Nov 2014
Amendments / Modifications / Enmiendas
See Page

P<USAHOVEN<<KERRY<ALLEN<<<<<<<<<<<<<<
409996277USA5903303M1411146<<<<<<

RESOLVE SYSTEMS, INC.
460 BROWNSWITCH ROAD
SLIDELL, LA 70458
(985) 649-3776

ACC'T NO. 0-2401

| METER READINGS | | | | |
|---|---|---|---|---|
| PRESENT | PREVIOUS | CONSUMPTION | TYPE | AMOUNT |
| 4130900 | 4126100 | 4800 | WAT | $18.64 |
| Sewer | | | | $22.38 |
| COASTAL WASTE | | | | $25.00 |
| Tax/ Fire Fee | | | | $3.03 |

THIS BILL IS DUE WHEN REC'D

| SERVICE FROM | SERVICE TO | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|
| 4/20/12 | 5/21/12 | $72.50 | $69.05 |

Slidell, LA  40

PRE-SORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID - 1 OZ.
PERMIT #

HOVEN, KERRY
SLIDELL, LA 70458

**BRING** ENTIRE BILL IF YOU PAY AT OFFICE

0-2401

| PAY THIS AMT. | AFTER THIS DATE | |
|---|---|---|
| GROSS AMOUNT | DELINQUENT DATE | NET AMOUNT |
| $72.50 | 6/15/12 | $69.05 |





### PSEG

**For service at**
195 FARNHAM AVE FL 2
LODI BORO NJ
07644-1001

1 800 436-PSEG (7734)
**Emergencies 24 hours/7days**
Customer service
7 AM - 8 PM Mon - Fri
7 AM - 5 PM Sat

Visit our website
www.pseg.com

Inquiries by mail
PSE&G
PO Box 14444
New Brunswick NJ 08906-4444

**Important Dates**
Your payment
is due December 12, 2012

Your meter(s) are scheduled to be read on or about December 24.

To make a payment from a credit card Log In to **My Account** at pseg.com or call 1 800-704-3289

If you'll be away on your meter reading day, Log In to **My Account** at pseg.com or call 1 800 622-0197 before the scheduled date, to submit your reading.

---

0001216?2 01 AT    0
TIRUS GITAO
LODI NJ 07644-1001

### Account Summary

| | |
|---|---:|
| PSE&G balance from last bill | $43.67 |
| Payment received Nov 13 - Thank You! | -43.67 |
| Current PSE&G - Gas | 64.40 |
| Current PSE&G - Electric | 25.25 |
| **Total Amount Due On Dec 12, 2012** | **$89.65** |

**Apply for help with your heating bill this winter.** The Low Income Home Energy Assistance Program (LIHEAP) is accepting applications. For more information about LIHEAP and other payment assistance programs, visit pseg.com/help (available in English and Spanish), or call 1-800-510-3102.

**Colder weather is here.** To learn about ways to manage your winter heating bills, go to pseg.com/saveenergy

**Did you know you can view your meter reading schedule online?** Log in to **My Account** at pseg.com and select "Account Details" to view your schedule. If you will not be available when the meter reader comes, you can also submit your reading online to avoid an estimated bill.

Help families in financial crisis by contributing to New Jersey SHARES, which helps to pay utility bills of households in need. Visit njshares.org or call 1-866-NJSHARES for more information.

---

6665603407   000008965b   00000000004



### PSEG

**To help us make things work for you.** *Please return this portion with your payment. Make checks payable to PSE&G.* **Do not fold checks. Do not write on, staple, paper clip or tape payment to the coupon.** *Be sure payment address shows through window.*

TIRUS GITAO
LODI NJ 07644-1001

66 656 034 07

**Total Amount Due On Dec 12, 2012**         **$89.65**

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

$ _____
**Amount enclosed**


THIS BILL PRINTED ON RECYCLED PAPER