Examples of Undercover Transactions in and out of Liberty Reserve System

| Undercover transactions to convert from Liberty Reserve Account to US Dollars | | | | | | | |
|---|---|---|---|---|---|---|---|
| Start Date | Amount (LR) | Exchanger | Bank Fees | Exchanger Fees | % Lost in Fees | Received (USD) | Date Received |
| 4/18/2013 | $14,093.00 | swiftexchanger.com (via bank wire) | -$10.00 | -$602.80 | 4.35% | $13,480.20 | 5/3/2013 |
| 4/18/2013 | $12,997.01 | moneycentralmarket.com (via bank wire) | -$10.00 | -$950.00 | 7.39% | N/A | last contact 5/9/2013 |
| 4/23/2013 | $11,997.01 | absolutexchange.eu (via bank wire) | -$10.00 | -$623.12 | 5.28% | N/A | last contact 5/1/13 |

| Undercover transactions to convert from US Dollars to Liberty Reserve Account | | | | | | | |
|---|---|---|---|---|---|---|---|
| Start Date | Amount (USD) | Exchanger | Bank Fees | Exchanger Fees | % Lost in Fees | Received (LR) | Date Received |
| 5/9/2013 | $540.00 | swiftexchanger.com (via bank wire) | -$30.00 | -$24.90 | 10.17% | $485.10 | 5/13/2013 |
| 5/13/2013 | $540.00 | swiftexchanger.com (via bank wire) | -$30.00 | -$26.86 | 10.34% | $483.14 | 5/16/2013 |
| 5/16/2013 | $848.00 | swiftexchanger.com (via western union) | $0.00 | -$48.00 | 5.66% | waiting | |