5/19/13 Liberty Reserve – largest Payment processor and money transfer system. Liberty Reserve 9/10/4 millions since 2002 - Merchants

Case 1:13-cr-00368-DLC Document 120-3 Filed 12/09/14 Page 1 of 1

![Liberty Reserve]

🏠    Create Account    🔴 Login    Get protected by LibertyGuard    Report an error     Eng

**LibertyGuard**
**Services** new!
**Service Fees**
**Buy/Sell LR**
**Merchants**
**Downloads**
**Consumer Alert**
**Credit Card Funding** new!





**SCI/API Guides**
**FAQ**


ABOUT TRUST ONLINE

## Merchants

The businesses listed on these pages are independent and in no way related to Liberty Reserve, and Liberty Reserve does not guarantee any outcome that you may experience with these merchants.

Add your business

### Shopping

| | |
|---|---|
| Kupitam.com | On-line store that lets you shop anywhere with digital currencies. |
| TokoHemat.com | VoipDiscount credits, affordable graphic design, Indonesia trading Service. |

### Debit Cards

| | |
|---|---|
| GoldNow.st | Popular exchanger offering Debit Cards for Liberty Reserve account holders. |
| Webmoney.co.nz | Popular exchange provider offering debit cards for Liberty Reserve users. |

### Finance

| | |
|---|---|
| **eCardOne.com** | **Official Liberty Reserve debit card provider.** |
| ptshamrock.com | Oldest & Best Privacy Provider on the Internet! |
| Exness.com | Official Liberty Reserve foreign exchange service provider. |

### Internet Services

| | |
|---|---|
| thenynoc.com | NYNOC Inc. is both a managed and unmanaged web hosting provider that accepts Liberty Reserve. |
| perfect-privacy.com | Anonymous Internet Access through 256-bits encrypted offshore SSH Tunneling & Secure VPN. |
| LovingDomains.com | Loving Domains is a domain name registration provider company with web hosting as well. We aim to provide quality and reliable services at cheap prices. |
| LovingHosting.com | Web hosting company that accepts Liberty Reserve. |
| LowHost.org | We offer affordable hosting, dedicated web hosting and domain name registration. We host over 18,000+ domains. Plans start from $0.95. |
| CommercialNetworkServices.com | An online service provider. Virtual servers and desktops, including Trader's Desktops, streaming media, web hosting. |
| TrilightZone.org | Online privacy service providers: SSH privacy tunnel, secure e-mail, anonymous newsgroups, offshore hosting, VPN, VPS, Domains and more. |
| Vanguard-Hosting.com | Premium 99.9% Uptime 24x7 Toll Free Support Web Hosting & Domain Registration. |
| HighHosting.net | The best domain & hosting provider with high quality & low price! |
| GroovyScripts.net | [unofficial] Liberty Reserve payment gateway module for CubeCart v3. |

© 2002 — 2013 Liberty Reserve. All rights reserved.

Corporate | Terms of Service | Privacy Policy | AML Policy | Contact Us