

Order   How It Works?   Cost Calculator   Shopping Directory   About Us   Contact Us   Our Forum

## How to shop with us?

| E-Mail | | |
|---|---|---|
| Password | | |
| | ☐ Remember me | |
| Register | | Login |

Even though it can seem confusing at first, the procedure for buying from us is easier than buying snickers in coffe-shop. In fact it isn't much different to any other online store out there.

How do you usually shop online? You find an online store, find an item you like, add it to your shopping cart, pay for it, and wait for pleasant moment when a postman knocks on your door with your desired package. There might be other steps too of course. For example if you are a careful spender, you might check your account or Love Money for advice before you purchase online. For the most part though, your online shopping process will remain as described.

With us it is even easier. You find an item in any online store, then provide us with the link to this item, and wait for us to calculate the total it will cost you. Then, if you are satisfied with the price, you pay for it using digital currency. That is it. Done!

Let us explain it in an example for you.

**Last Purchases**



The best ever ForEx robot - works with MetaTrader-4!
$149.00!

1. You are shopping at www.overstock.com. You found shoes that you like and want them to be yours: http://www.overstock.com/Clothing-Shoes/Bandolino-Womens-Hartbrake-Slingback-Heels/4867812/product.html





2. First what you need to do is to copy the link to the item:



and paste it into the order form in Kupitam.com:



Then, please fill out your shipping details in the rest of the order form (if you are logged in, they will be filled automatically, but you can edit them in case you would like it to be shipped to different address). Accept User's Agreement, and press "Submit". Please note: in case your item has certain features that cannot be included in your link, please put all additional information in the Description field. For instance, you need shoes of certain size – 9.5. Please tell us about it in the "Description" field.
You will be redirected to confirmation page. Please check your details, and press "Confirm" or "Back" if you wish to change some of them.

You are done for now!

3. Upon receipt of your order, we will:
   1. review your order;
   2. check the link you provided;
   3. check shipping policy of the merchant you are shopping at;
   4. calculate the total price of the shoes, including the price at Overstock.com, shipping, and our processing fee;
   5. send you total calculation.

4. You will receive the total calculation within **1 business day** upon submitting the order. When you receive it, you can see the total cost of the shoes, and make a decision: either to pay for it, or to keep shopping further.

5. If you decide to pay for your shoes, please login to your account, go to "My orders", find your order in your orders list, and click on "Pay now":



You will be redirected to Secure Checkout Interface of the digital currency you chose to pay by. Complete the payment. You will be redirected back to Kupitam.com. You can check your order status now: it should change to "Paid".

6. Upon receipt of your payment, we will proceed with your order processing. Within **1 business day** the purchase will be completed. We will send you confirmation e-mail with the purchase details. Your shoes will be shipped to you within 1-3 business days, depending on the merchant shipping and delivery policy.





moneyfacture.com | the best information to make money online!                                                                    Amazon.com



**User Agreement**

Developed by Nira-Design Studio. Copyright © 2008-2010 All rights reserved





## My Profile

Hello, JASON !

My Orders | Logout

**Last Purchases**



| Field | Value |
|---|---|
| First Name: | JASON |
| Last Name: | BROOKS |
| Delivery address: | PO BOX 20116 |
| City: | BROOKLYN |
| Province: | |
| Country: | United States (USA) |
| Postal Code: | 11202 |
| E-Mail: | SUPERPLAYA643@HOTMAIL.COM |
| Alternative E-Mail: | |
| Phone Number: | 646-023-3413 |



## My Orders

| Order Number | Link | Date | Status | Amount | Description | Action |
|---|---|---|---|---|---|---|
| K05092 |  | 18:46 09/05/13 | Paid | $126.70 | Apple Keyboard with Numeric Keypad - English (USA) The Apple Keyboard with Numeric Keypad features an extended layout; an elegant, ultrathin anodized aluminum enclosure; low-profile keys; and two USB 2.0 ports. QUANTITY: 2 | |

**Change Password**   **Update Profile**


moneyfacture.com | the best information to make money online!

Click here to shop directly on Amazon.com



User Agreement

Developed by Nira-Design Studio. Copyright © 2008-2010 All rights reserved



K05092 – Your order total is calculated! – Inbox – superplaya643@hotmail.com

| Inbox – superplaya643@h... | K05092 – Your order to... |

Get Mail | Write | Chat | Address Book | Tag | Decrypt | Search... <⌘K>

From  Kupitam <sales@kupitam.com>
Subject  K05092 – Your order total is calculated!
To  SUPERPLAYA643@HOTMAIL.COM

Reply | Forward | Archive | Junk | Delete

5/11/13 3:21 PM

Other Actions

```
Dear JASON

Thank you for using our services. Please see your order total:

Item price at the point of selling: $98
Intermediary delivery cost: $8.70
Delivery to final destination: $0
Processing fee: $20.00

Total: $126.70

If you are satisfied with the total price of your item, you can log in to your account and proceed to payment gate.
The item will be shipped to your location within 1-2 business days upon receipt of your payment.
If you have any questions, please contact us at sales@kupitam.com

Thank you for your business with Kupitam.com!
```



Case 1:13-cr-00368-DLC   Document 120-4   Filed 12/09/14   Page 6 of 6

