

My Shopping CART

" It is dangerous to be right when the government is wrong."
- **Voltaire (1694 - 1778)**

- Welcome First Time Vistors
- Asset Protection
- Bearer Co. & Account
- Book Store
- Passports
- Company Credit Card
- Consultation
- Corporations & Trusts
- Credit/ATM Cards
- Degrees
- Diplomatic Passport
- Drivers Licenses & ID
- Financial Services
- Guarantee
- Hall Of Shame
- Instant Reports
- Legal Tax Avoidance
- Monthly Missive
- Mobile Phone & Sim Chip
- Mail Drops
- New Passport Report
- Offshore Bank Accounts
- Offshore Newsletter
- Offshore Store
- Order Form
- Our PGP Key
- Passport Programs
- Privacy Newsletter
- PTs Latest Products
- Misc ID
- Residency Programs
- PT Secret Services
- PT Poll - Vote NOW!
- University Degrees

Email: Click Here

## The Internet's Premier Provider of Privacy Reports & Tools!



### PT Shamrock's Offshore Centre

The most comprehensive guide on privacy tools, asset protection, tax reduction, offshore banking, 2nd passports plus many other privacy products, reports and special offers!

▶ read more

### PT Shamrock's Bookstore

Offers a large selection of Privacy, Financial, Personal Freedom and Asset Protection books and reports for the privacy seeker.

▶ read more

### Instant Privacy Reports

Obtain important and valuable instant privacy information. Most reports and products are brand new and never before offered.

▶ read more

### Residency & Citizenship Programs

Citizenship and then a passport, may be acquired through an assortment of methods, including legal residency and citizenship by investment programs.

▶ read more

### Special Offers

Want Wealth? Want Freedom? Want Privacy? Then look no further as PT Shamrock's leprechaun has the answer for you! Each month PT Shamrock offers the latest bargains for the privacy seeker on the Internet.

▶ read more

**FREE NEWSLETTER**
Probably the Oldest and Best Privacy Newsletter on the Net!
Email: [_____]
[Subscribe]



SSL Certificate Authority

**PT Shamrock Limited**
**Arguably the Oldest & Best Privacy Provider on the Internet!**

**Online since April 1996.**
**This web site was last updated on Sunday, May 19, 2013**

**Privacy Policy | Terms of Use**

**Order immediately using our SSL Secure on-line Order Form.**

Copyright 1997 - 2013, PT Shamrock. All Rights Reserved.



My Shopping CART



" The first casuality of war is truth."
- **Rudyard Kipling**

| | |
|---|---|
| Welcome First Time Vistors | |
| Asset Protection | |
| Bearer Co. & Account | |
| Book Store | |
| Passports | |
| Company Credit Card | |
| Consultation | |
| Corporations & Trusts | |
| Credit/ATM Cards | |
| Degrees | |
| Diplomatic Passport | |
| Drivers Licenses & ID | |
| Financial Services | |
| Guarantee | |
| Hall Of Shame | |
| Instant Reports | |
| Legal Tax Avoidance | |
| Monthly Missive | |
| Mobile Phone & Sim Chip | |
| Mail Drops | |
| New Passport Report | |
| Offshore Bank Accounts | |
| Offshore Newsletter | |
| Offshore Store | |
| Order Form | |
| Our PGP Key | |
| Passport Programs | |
| Privacy Newsletter | |
| PTs Latest Products | |
| Misc ID | |
| Residency Programs | |
| PT Secret Services | |
| PT Poll - Vote NOW! | |
| University Degrees | |
| Email: Click Here | |

# The Internet's Premier Provider of Privacy Reports & Tools!

## Diplomatic Appointments & Passport including Honorary Consulship
## - Diplomatic Appointments For 2012

As you might realize a diplomatic is a person of means or wealth.

These diplomatic appointments and passport program are for persons of wealth and means who are serious and can offer the host country something in return for a diplomatic appointment. For instance having a luxury office as the Honorary Consulate in your home country; Host visiting dignitaries from the host country; Having an exhibit booth at travel or trade show at the Frankfurt, Germany (or your country of residence) annual travel show, etc.

==Through our long time reliable and trusted contacts at governmental level, we are able to offer a genuine diplomatic appointment and passport from a respected UN member countries starting from Euro 200,000 for a "Special Envoy for Parliament appointment," Euro 300,000 for an honorary consul and up to Euro 1,500,000 for an ambassadorial appointment.==

The cost of the appointment depends on what positions are available at the time, country where you are resident, your CV [Curriculum Vitae] and means or proof of funds test.

As part of this program you have the option of traveling to the host countries consulate in to personally meet the Ambassador who will present you with your credentials and diplomatic passport, or to have them sent to you anywhere in the world by courier service.

Privileges of accredited diplomatic appointments & passports as an diplomatic include:

* You will enjoy the privileges and immunities granted by the Vienna Conventions of Consular and Diplomatic Relations.
* Your home and office will be officially designated as a consulate and therefore are inviolable.
* You may display "CC" (Corps Consulaire) plates on your car so that your status is known to the forces of control who may not detain you in any way.
* When traveling, you may use the diplomatic channel at airports and will not be subject to time delaying and annoying customs checks.
* You may purchase drinks, cigarettes and other supplies for your consulate duty free.
* You will be exempt from all forms of tax on any of your income in the host country derived from outside of that country.
* Doors, which may have been previously closed, will remarkably open once you have received your diplomatic status.
* Top restaurants, hotels and clubs, which may be "fully booked", will suddenly take your reservation.
* You will receive free upgrades from many airlines to First/Business class at the check-in desks.
* You will automatically receive numerous invitations to Royal/Diplomatic and Society parties and events.
* You will meet top-ranking government officials and heads of state.
* You will boost your business success as well as your social status and prestige.

Please read carefully: These diplomatic appointments are offered to qualified individuals, and can include Attache appointments. These appointments are from a well known third world, United Nations member country.

A diplomatic passport is provided and the appointee may place his/her title on letterheads, business cards, passport and personal stationary.

The positions, costs and requirements can be located at the bottom of this information page.

NEWSLETTER

Probably the Oldest and Best Privacy Newsletter on the Net!

Email: [         ]

[Subscribe]

Also required is your CV [Curriculum Vitae]... plus a letter motivating how you feel you can best represent and serve the nation abroad.

Your proof of funds (POF) is mandatory. Proof of funds (POF) can be a recent bank statement clearing showing the clients name as it appears in your passport copy reflecting a cash balance well in excess of the appointment you query, i.e. in the middle six figure areas Euro or equivalent. For security reasons we suggest you whiteout your account number so it cannot be read.

Correspondence should include details of your nationality, country of legal residence, city and place of business.

Should you wish to proceed, subject to you qualifying, as a certain amount of consultation and travel by us is required prior to appointment, a non-refundable referral fee of Euro 1,500 is required together with your application. This ensures that you are serious and covers our expenses and time during the presentation and discussion of your bona-fides.

Once your CV and proof of funds have been accepted and your appointment pre-confirmed, a fully refundable deposit of 50% of the cost of the appointment (balance of the remaining 50% immediately prior to delivery) is to be remitted to an account of ours.

PT Shamrock acts as the escrow agent holding all funds. This guarantees the diplomatic source and country, as well as you the candidate, that all is in order and the funds and documents will be forthcoming as agreed. Then and only then are funds released to the necessary sources as agreed by all parties.

As you would be pre-qualified prior to remitting your 50% deposit, it is highly unlikely you would be declined an appointment.

However should you fail to receive your appointment, your deposit is 100% refundable less our processing referral fee of Euro 1,500.

Processing will take approximately 3 months from receipt of all the requirements listed below and your initial 50% deposit.

Client will receive a genuine DPP [diplomatic passport] from a stable third world or other leading nation including full accreditation at your country of residence from the host country.

Delivery of your DPP and credentials can be arranged in person by the Ambassador of the nation if desired via diplomatic e-mail address and ongoing support.

We can assist with Visas if required. See details below.

Alternatively the diplomatic passport and credentials can be dispatched to you anywhere in the world via courier service as you desire.

To assist our agent, who is well versed in these affairs, will vet your application and if necessary submit suggestions prior to final submission.

The fee is payable in two installments based on progressive accomplishment of the process as clearly stated above. Full particulars are forthcoming when your proof of funds and CV are approved and accepted and our referral fee of Euro 1,500 paid.

DIPLOMATIC PROTOCOL

To get started, before sending ANY money, e-mail PT Shamrock you're proof of funds and CV along with the appointment you desire. This will allow us to pre-qualify you and see if you meet the minimum financial and protocol requirements that such a diplomatic appointment demands, which appointments you are qualified for and what is available for your home country, i.e. the country where are legally resident.

This is the first step in this diplomatic appointment process.

Should your CV and proof of funds qualify, be prepared to remit a Euro 1,500 referral fee (to avoid the merely curious) direct to PT Shamrock.

For this purpose we accept bank wires, e-dinar, Liberty Reserve, Western Union or Money Gram remittances.
Once we receive your referral fee, full particulars, along with the name of the country and full modalities will be forthcoming, along with a letter stating we're authorized to act on the host countries behalf vetting potential diplomatic candidates.

Then and only then can we assist you in a step by step process.

If you are not serious, ready, willing and able financially to proceed per the above steps and requirements as below, please do not waste your time and ours by e-mailing asking questions. We simply do not have to time to deal with time wasters and persons who don't qualify for these highly prestigious positions.

On the other hand if you're a serious player and are sincere about obtaining a legitimate and fully recognized UN diplomatic appointment and passport, send us your proof of funds and CV. As soon as your CV and POF are accepted, you remit our referral fee of Euro 1,500 and the process gets underway.

This will pre-qualify you and act as an excellent basis for getting started. This takes you to the next level with the program.

Once we receive both your proof of funds and referral fee, full particulars along with all the modalities and

payment schedule will be forthcoming. You will be held by the hand all the way through the process and will be assisted with your CV [if need be] in order to give you the highest probability of success of being granted a diplomatic appointment and passport.

Remember only the head of state can grant or deny a diplomatic appointment. If you are serious, a person of means and are willing to donate to and assist the host country, there is a high probability that you will be granted a highly prestigious diplomatic appointment and passport with all the bells and whistles that go along with it.

TO REITERATE - Send us your proof of funds and CV and if you qualify, we will endeavour to answer all your questions.

E-mail or contact us and place "DIPLOMATIC PP" in the subject heading and be prepared to e-mail us your proof of funds or means and CV!

Best regards,

PT Shamrock

DOCUMENTS TO SUBMIT (ELECTRONIC COPIES SUFFICIENT)

• Passport (pages showing the applicant's details and any residence permits)
• Birth Certificate for Applicant (and Spouse and Children, if applicable)
• Citizenship Certificate(s) (if applicable)
• Marriage Certificate(s) (if applicable)
• Children's Birth Certificates (if applicable)
• 3 Reference Letters (business/personal, etc.)
• Bank Letter
• Police Clearances from all countries of residence
• Curriculum Vitae
• Cover Letter
• Passport Photo

Note: Any non-English documents should be translated and apostilled/notarized.

Pictures of family members and the family home, etc. may help in presenting the right image of a responsible professional in a stable environment. Your family members will also receive a diplomatic passport.

Whilst not compulsory, it is recommended that applicants to Honorary Consul positions send photos of the proposed consulate office.

DOCUMENTS ISSUED

• Appointment Letter
• Certificate of Appointment
• Diplomatic Passport

TERMS OF BUSINESS - SUMMARY

• Once the candidate is accepted by the embassy, it will take around 3 months from receipt of all application documents and funds to complete the appointment process. For certain positions approval may take up to 6 months (Ambassadorial positions for example). If the candidate wishes to obtain a visa for the country to which he/she is posted, it may take up around another month to complete, depending on the time of the year and the country concerned.

• You may be requested to sign a confidentiality agreement and an employment agreement with the embassy.
• Fees - 50% payable as deposit up front and the balance of 50% payable upon proof of all diplomatic documents and appointment prior to dispatch; to a bank account designated by PT Shamrock Ltd.
• Honorary Consuls expected to contribute for delegation trips to their country/region.

FOREIGN SERVICE APPOINTMENTS

• Ambassador Extraordinary and Plenipotentiary (HE - "His/Her Excellency") 1,500000 Euro +
• Deputy Ambassador (HE - "His/Her Excellency") 1,500000 Euro +
• Minister Plenipotentiary (HE - "His/Her Excellency") 950,000 Euro +
• Minister Resident 750,000 Euro
• Minister-Counselor 750,000 Euro
• Counselor 750,000 Euro
• First Secretary 450,000 Euro
• Second Secretary 450,00 Euro
• Third Secretary 450,00 Euro
• Attache 350,000 Euro
• Assistant Attache 300,000 Euro
• Honorary Consul 400,000 Euro
• Roving Ambassador 300,000 Euro

Note: can include Trade Commissioners, etc. required.

OTHER OPTIONS (DEPENDS ON REGS AT THE TIME OF APPLICATION)

Diplomatic Visa Applications (to the country posted) FREE WITH ALL DPP's

Diplomatic Visa Applications (to the country posted) FREE WITH ALL DPT's.

Honorary Citizenship Euro 50,000
Regular Citizenship Euro 35,000

For any preliminary application, please remit your PROOF OF FUNDS. This is the absolute first step in the acquisition process with no exceptions.

Proof of funds MUST be in the form of a recent, verifiable bank statement, clearly showing the clients name same as in your passport, with sufficient liquid funds available to meet the host countries requirements and processing fees. For privacy concerns you should white out your account number, but your name as shown in your existing passport MUST be shown on the bank statement.

Company bank statements are NOT accepted unless a letter from the bank on the banks stationary clearly states you are the beneficial owner of the company and company bank account with this banks letter being less than one month old.

If and when your proof of funds are accepted, then you will be required to remit our referral fee of €uro 1,500. Then and only then will all details, the name of the country and full particulars will be forthcoming and we will deal with you one on one and answer all your questions.

Kindest regards

PT Shamrock

**TO REITERATE - Send us your CV & proof of funds and if you qualify financially, we will endeavour to answer all your questions.**

E-mail or contact us at the address below and place **DIPLOMATIC PP** in the subject heading!

**PT Shamrock Limited**
**Arguably the Oldest & Best Privacy Provider on the Internet!**

**Order immediately using our SSL Secure on-line Order Form.**

**Online since April 1996.**
**This web site was last updated on Monday, May 20, 2013**
**Privacy Policy | Terms of Use**

Copyright 1997 - 2013, PT Shamrock. All Rights Reserved.