

Create Account • Login   Get protected by LibertyGuard

Report an error   [Eng]

LibertyGuard
Services new!
Service Fees
Buy/Sell LR
Merchants
Downloads
Consumer Alert
Credit Card Funding new!

 Blog

## Service Fees and Fee Comparison Chart

|  | Receiving | Sending |
|---|---|---|
| Transfers | 1% (min $0.01, max $2.99) / (min €0.01, max €2.99) | $0.00 / €0.00 |
| Optional Privacy | — | Yes |
| Monthly Fee | $0.00 / €0.00 |  |
| Account Opening Fee | $0.00 / €0.00 |  |

## Fee Comparison Chart

|  | Liberty Reserve | PayPal | MoneyBookers | Neteller |
|---|---|---|---|---|
| Location | Costa Rica | USA* | UK | UK |
| Balances fluctuate with the price of gold? | No | No | No | No |
| Transaction Fee | 1% | 2.4%-3.4% + $0.30 | 1.9%-7.9% + 0.29 € | 3.5% |
| Minimum Fee | $0.01 | $0.30 | 0.29 € | $1.00 |
| Maximum Fee | $2.99 | $1000+ | $1000+ | $10.00 |
| Monthly Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Optional Privacy Fee | Yes | Not Offered | Not Offered | Not Offered |
| Cost of a $100 Transfer | $1.00 | $3.70 | $8.27 | $3.50 |
| Cost of a $1000 Transfer | $2.99 | $34.30 | $79.37 | $10.00 |
| Cost of a $10,000 Transfer | $2.99 | $340.30 | $790.37 | $10.00 |
| Notes | No chargebacks | Chargebacks | Chargebacks | Chargebacks |

\* — Administration and bank accounts are under US jurisdiction (e-gold, AlertPay, PayPal).



SCI/API Guides
FAQ





© 2002 — 2013 Liberty Reserve. All rights reserved.

Corporate | Terms of Service | Privacy Policy | AML Policy | Contact Us