# VALID SHOP

## Sign in

| | Authorization form |
|---|---|
| | You can use acc from old site. |
| Username: | |
| Password: | |
| [captcha: 5x8] | if you can not recognize symbols on captcha click on it and you will get a new one. |
| Do not remember me on this computer | ☐ |
| Registration Lost pass? | Sign in |

VALID SHOP

# VALID SHOP

## Terms and conditions

**+] Service rules:**

|-] Various Lookup Options Are Available (Bins, Zip, City).

|-] Cvvs Can Be Checked Right Before Sell At Customers Wish At Additional Price.
|-] Invalid Replacement In 20 min Time. {Depended Of Quantity }

|-] Replacement Can Be Only in case of private checker service shows not APPROVED while check CCNUM+EXP.

|-] VBS/MCSC can't be changed.

|-] Service Takes Care Of Valid Only, Not Their Balance, Not A Warranty Of High Balances.

19 666 views

VALID SHOP