Case 1:13-cr-00368-DLC   Document 120-8   Filed 12/09/14   Page 1 of 3

LOGIN | JOIN | HELP | DASHBOARD | TRANSLATE

HOME | ABOUT US | HOW IT WORKS | GLOBAL REPS | FAQ | BUY TRAFFIC | JOIN AND GET PAID | TESTIMONIALS | $1,000,000 CHALLENGE

# ProfitClicking™
### World Leader in Traffic Generation, Online Programs & Making Money Online
### Welcome to the 98% Solution

## Experience the Power of Something GOOD Always Happening to You!

**Paid Daily • Huge Referral Bonuses • Daily Withdrawals**
**We Drive Thousands of Visitors to Your Website**

Are you ready to take the
**"Million Dollar Challenge?"**

*Millions Strong...
Can't Be Wrong!*



**JOIN NOW!**

Start driving traffic to your website and money into your wallet! No credit cards required. **Your first $10 and 1000 Visitors is on us!** To get started, simply fill in the information below and click on the 'Buy Traffic' or 'Buy Traffic and Get Paid' button.

First Name:*    Last Name:*

E-mail:*

Referring Independent Business Owner (email, ID or username)

[Buy Traffic]  [Buy Traffic and Get Paid]

### What Makes Us Better!

 Profit Clicking and its related programs operate **in accordance with United States Patent 6,578,010** (now public domain)

 It's **Possible** to **Start with Just $10 and Turn It into a Fortune! With our Pay-It-Forward System You Get "$10 Free Money" to Get You Started at No Cost!**

 Every Day, when You Log into Profit Clicking, You'll See that "Something Positive Has Happened": **Click on three websites a day and Receive Your Generous Daily Commissions.** With most other programs, when you log into your account, you see that nothing has changed, and you may interpret this as **"Nothing is Happening!" -- not satisfying!**

 Basically, **You Receive Generous Commissions Every Day!** No Sponsoring Requirements. Receive **Your Easily-Earned Money** Promptly! This may be **one of the easiest and best ways to earn money** you've ever seen!

 Sponsor People to **Earn Generous Referral Bonuses on Two Levels!** You Can Withdraw this Money Daily!

 Practically All Similar Programs Slow Down, Stall, and Disappear. This has Literally Happened to Thousands of Programs. **Fortunately, Profit Clicking is Indefinitely Sustainable!**

 Enrich Yourself by **Joining the Profit Clicking Stampede!**

**Join for Free and Get Your $10!**



 **Shop Now**

### WHY BUY TRAFFIC?

**Without traffic your product is dead!** Is your vehicle in need of a jump start? Profit Clicking would love the opportunity to earn your business which is why we will give you your first 1000 visitors completely free of charge! We will provide you with a patented, results based system that delivers as much traffic as your site can handle. **For your business to thrive online, you must be seen.** You are just a click away.

Claim your FREE gift Now! **CLICK HERE**

### WHY BUY TRAFFIC & GET PAID?

With Millions of Independent Business Owners already onboard and a proven track record of success since 2004, Profit Clicking provides a matchless, **rock solid income strategy.** Most internet programs are here today, gone tomorrow leaving it's members nothing but broken promises and empty wallets. With Profit Clicking **you get paid-commissions based on your simple involvement in the traffic exchange and our retail products.** It's that simple. The question is not why buy traffic and get paid, the question is why not!

Claim your FREE gift Now! **CLICK HERE**



Give Me My $10!
**1000 Visitor Traffic Package**

### TESTIMONIALS
Real People...Real Success



### Find Support In Your Language
Click Here to Find a Profit Clicking Representative in your local area. **LEARN MORE**

### Top IBO Earners   READ MORE

| Rank | Member | Sales Earnings | Referral Earnings | Total Earnings |
|---|---|---|---|---|



### ALEXA RATING
Daily Reach (percent)
profitclicking.com



### WE'RE GROWING GLOBALLY



## BUY TRAFFIC

| Traffic Packages | Clicks | Package Cost |
|---|---|---|
| 1 x Traffic Package | 1,000 Clicks | $10 |
| 4 x Traffic Package | 4,000 Clicks | $40 |
| 12 x Traffic Package | 12,000 Clicks | $120 |
| x Traffic Package | xxxx Clicks | $xx |

## BUY TRAFFIC & GET PAID

| Independent Business Owner Commissions | |
|---|---|
| 1,000 clicks = $15 | |
| 4,000 clicks = $60 | Earn Daily Commission |
| 12,000 clicks = $180 | |
| XXXX clicks = $XX | |

**JOIN NOW!**

**No Recruiting • No Experience • It´s Simple & Fun!**
**START EARNING TODAY!**
























# JSS - Tripler
## $10 Positions -- Multiple Purchases Allowed
## Earn 2%+ per Day -- 60% per Month!
## Increase Earnings with Daily Compounding!
## Two-Tier Referral Bonuses: 10% and 5%!
### Revolutionary Breakthrough Makes JSS-Tripler Indefinitely Sustainable!



**Sponsor:** [_____] [Submit]

**Enter your Sponsor's ID/Username and click "Submit" to sign up for FREE so you can check out JSS-Tripler.**

**(If you don't know your sponsor's ID/Username, or you arrived here from a search engine or otherwise without a sponsor, please enter any random ID/Username.)**

## Discover the Power of...
## "Something Positive Always Happening!"

 Every Day, when You Log into Your JSS-Tripler Account, You'll See that "Something Positive Has Happened": **Your 2% Daily Earnings Have Been Added; You've Received Several Payments from Your Downline's Purchases!** (With most other programs, when you log into your account, you see that nothing has changed, and you may interpret this as **"Nothing is Happening!" -- not satisfying!**

 Basically, **You Earn 2% per Day or 60% per Month!** No sponsoring Requirements. Use **Daily Compounding** to Increase Your Earnings! Make **Daily Withdrawals** to Get Your Money Out! This may be **one of the easiest and best ways to earn money** you've ever seen!

 We Regularly Apply the **"Cash Acceleration Bonus" (CAB)** to Speed Up Your Earnings! Sponsor People to **Earn 10% Referral Bonuses on the First Level and 5% on the Second!** Withdraw this Money Daily, or Use It to Further Compound and Increase Your Earnings!

 You Can **Start with Just $10 and Turn It into a Fortune!**

 All Similar Programs (Usually Called Revenue-Share Programs, Doublers, Cyclers, Autosurfs, or HYIPs) Slow Down, Stall, and Disappear. This Happened to "The $10 Wonder." **Fortunately, JSS-Tripler is Indefinitely Sustainable!**

 Enrich Yourself by Joining the **JSS-Tripler Money Stampede!**

---

**Sponsor:**
[_____]
[Submit]

**Enter your Sponsor's ID/Username and click "Submit" to sign up for FREE so you can check out JSS-Tripler.**

**(If you don't know your sponsor's ID/Username, or you arrived here from a search engine or otherwise without a sponsor, please enter any random ID/Username.)**

**Existing members log in here**