## MM\MM RoboForm files\RFP\Talkgold

**Talkgold.com**

| | |
|---|---|
| User ID | Redd |
| Password | REDACTED |
| cookiedate | 1 |

## MM\MM RoboForm files\RFP\Talkgold - Vintage

**Talkgold.com**

| | |
|---|---|
| vb_login_username | Vintage |
| cookieuser | * |
| vb_login_password | REDACTED |