# Talkgold.com - HELPING YOU MAKE MONEY ONLINE

**What's New?**

our advertising disclaimer | Disclaimer - Must be read before using forum or clicking any links

Put your banner or text in the rotation above! ONLY $17/day, $99/week, or $379/month!



HUGE AD SALE! AT LEAST 50% OFF MOST TALKGOLD ADS. LIMITED TIME ONLY. See our new prices Here!

All banners and links On Talkgold are advertisements only. We do not endorse or vouch for any advertiser's claims. Use Extreme Caution & perform your own due diligence before sending money to anyone! **Put Your 728X90 Banner Here NOW!**

Forum » Caution : Risky High Yield Investing Programs » E-Currencies - PerfectMoney, SolidTrustPay, Payza, EGOPay, etc » Liberty Reserve and WMZ - questions

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 5 of 5

## Thread: Liberty Reserve and WMZ - questions

### 12-15-2009, 11:20 AM    #1

**BoSSLike**
Investor
Join Date : Feb 2008
Posts : 250

**Liberty Reserve and WMZ - questions**

Hello,

I was wondering..are there any cases that LR or WMZ blocked an account with no reason only for the main reason that it had over 10k in it and was unverified?
just a curiosity

Reply With Quote

### 12-15-2009, 04:58 PM    #2

**Redd**
Senior Investor
Join Date : Aug 2004
Posts : 573

**Re: Liberty Reserve and WMZ - questions**

WMZ (wmtransfer):
I stored more than 10k in an unverified wmz account with no problems - when the source of funds was good. When the source was questionable then wmtransfer asked for more info. Account was released soon after the info was provided.

LR:
Never had any problems with any amounts. Only heard stories of hackers or fake exchangers getting their accounts closed. LR is much more tolerant towards shady businesses than wmtransfer.

My sig is for sale!
I accept gold bullion only!

Reply With Quote

### 12-15-2009, 09:45 PM    #3

**BoSSLike**
Investor
Join Date : Feb 2008
Posts : 250

**Re: Liberty Reserve and WMZ - questions**

Thanks for the info! Anyone has different answers?

Reply With Quote

### 12-21-2009, 02:06 PM    #4

**Altinspeck**
Investor
Join Date : Aug 2006
Posts : 192

**Re: Liberty Reserve and WMZ - questions**

I had more than 10K in my LR account, no problem. Though I feel safe having more LR accounts and distributing money between them.
I know that your account cna be blocked if you transfer money from WMZ to LR and vice versa.

Reply With Quote

### 12-23-2009, 03:01 PM    #5

**gabour76**
Investor
Join Date : Oct 2008
Posts : 323

**Re: Liberty Reserve and WMZ - questions**

more than 16K in my LR account
no problem

read the rules

Reply With Quote



Your Ad Here for $85/week or $325/month

« Previous Thread | Next Thread »

## Thread Information

There are currently 1 users browsing this thread. (0 members and 1 guests)

## Posting Permissions

| | |
|---|---|
| You may not post new threads | **BB code** is On |
| You may not post replies | **Smilies** are On |
| You may not post attachments | **[IMG]** code is On |
| You may not edit your posts | **[VIDEO]** code is On |
| | HTML code is Off |
| | **Forum Rules** |

-- New2013

All times are GMT. The time now is 08:49 PM.

Powered by vBulletin® Version 4.2.0
Copyright © 2014 vBulletin Solutions, Inc. All rights reserved.