Welcome, Asd1133 | Notifications | My Profile | Settings | Register | Log Out
Case 1:13-cr-00368-DLC   Document 120-11   Filed 12/09/14   Page 1 of 1
Talkgold.com — HELPING YOU MAKE MONEY ONLINE
YOUR AD HERE! In front of thousands of visitors!

What's New?
Advanced Search
our advertising disclaimer | Disclaimer - Must be read before using forum or clicking any links
EGOPAY Instant Payments — GET YOUR E-WALLET NOW
YOUR AD HERE! In front of thousands of visitors!
Easiest way to sell your Bitcoins (BTC)
You can use our BONUS CODE: BITRIP293, and get the best prices for Bitcoins.
Make $250,000 Dollars In Sports Arbitrage
WorldCups Arbs pick season upto 19.11% on one pick 148% roi in May. See it work on Demo account.
Put your banner or text in the rotation above!ONLY $17/day, $99/week, or $379/month!
EU5 EUROPE BUSINESS LIMITED 16% DAILY
HUGE AD SALE! AT LEAST 50% OFF MOST TALKGOLD ADS. LIMITED TIME ONLY. See our new prices Here!
Learn the Secrets from Talkgold's Professional IGI Online Entrepreneurs.
Name: ___  Email: ___  Submit

All banners and links On Talkgold are advertisements only. We do not endorse or vouch for any advertiser's claims. Use Extreme Caution & perform your own due diligence before sending money to anyone!
Put Your 728X90 Banner Here NOW!

Forum » Caution : Risky High Yield Investing Programs » E-Currencies - PerfectMoney, SolidTrustPay, Payza, EGOPay, etc » LR Can't make Payment/Sending
Page 17 of 22 « First ‹ 7 15 16 **17** 18 19 20 21 ... › Last »
Results 161 to 170 of 217

**Thread: LR Can't make Payment/Sending**

+ Reply to Thread

Thread Tools ▾ | Search Thread ▾ | Rate This Thread ▾ | Display ▾

---

**11-12-2008, 01:07 PM** — #161

**MMining** — Amateur Investor
Join Date: Oct 2008 — Posts: 33

**Re: LR Can't make Payment/Sending**

strange

Last edited by MMining; 11-12-2008 at 02:03 PM.

Reply | Reply With Quote

Cheap HYIP Traffic — BuyCheapTraffic.net — Starts at $25 Per 10,000 Visits!

---

**11-13-2008, 02:06 AM** — #162

**LoveYouDG** — Investor
Join Date: Sep 2008 — Posts: 183

**Re: LR Can't make Payment/Sending**

> Originally Posted by **Vintage**
> I support alot of e-currencies, even paypal (user side, not the merchant side). I don't support scams like altergold, perfect money and ecumoney. Update your memory or buy a new one.

Would you offer me some? I'm afraid of being scammed, and you're a guru! 😊

Reply | Reply With Quote

---

**11-13-2008, 05:41 PM** — #163

**BestFXWorld** — Investor
Join Date: Oct 2008 — Location: USA — Posts: 162

**Re: LR Can't make Payment/Sending**

From: "Paola Santroso LR Compliance Department <compliance@libertyreserve.com>"

Dear Pehipol

Please contact our business department by contact form in order to submit your request, they are in charge of your case and will be able to provide you for further information.

Kind regards

------------------
Paola Santroso
Compliance Department
Liberty Reserve S.A.

😊 😊 😊 😊 😊

http://www.bestfxworld.us
http://www.bestfxworld.biz
http://www.bestfxworld.com

Reply | Reply With Quote

---

**11-13-2008, 05:46 PM** — #164

**Vintage** — Senior Investor
Join Date: Mar 2006 — Posts: 644

**Re: LR Can't make Payment/Sending**

LoveYouDG,
Reread my posts for more info. Otherwise stay on topic.

My Secret Info
BSrates.com - Compare rates of all biggest exchangers. Save your money!

Reply | Reply With Quote

---

**11-14-2008, 07:42 AM** — #165

**TalkerAgain** — TeamEarners.com Member
Send a message via Skype™ to TalkerAgain
Join Date: Jan 2007 — Posts: 116

**Re: LR Can't make Payment/Sending**

LR is the best payment processor so far. I am satisfied with it. But it would not be good to block accounts. We all depend on a reliable processor like LR.

**SELLING VCC FOR PAYPAL/EBAY VERIFICATION**
**Most usefull traffic for any webpage**

Reply | Reply With Quote

---

**11-14-2008, 10:44 PM** — #166

**iomak** — Banned
Join Date: May 2006 — Posts: 431

**Re: LR Can't make Payment/Sending**

> Originally Posted by **LoveYouDG**
> You're a specialist in finding scam and fake processors. what can you say about LR? why this sh** happens? as far as i remember u supported liberty...

LR cannot continue to support scams like HYIPs and other fishy businesses which are advertised on Talkgold too. If LR will continue to do it, they will have the same way like e-gold.com and I guess LR admin doesn't want that. 😊
Any reliable payment system should ask about an ID. Don't you think so?

Reply | Reply With Quote

---

**11-15-2008, 03:19 AM** — #167

**TalkerAgain** — TeamEarners.com Member
Send a message via Skype™ to TalkerAgain
Join Date: Jan 2007 — Posts: 116

**Re: LR Can't make Payment/Sending**

> Originally Posted by **iomak**
> LR cannot continue to support scams like HYIPs and other fishy businesses which are advertised on Talkgold too. If LR will continue to do it, they will have the same way like e-gold.com and I guess LR admin doesn't want that. 😊
> Any reliable payment system should ask about an ID. Don't you think so?

Thats pretty right. They must have the ID..
Besides how can anyone load fraudlient funds on Libertreserve? i don't think there is anyway as loading does not include banks,creditcards etc.

**SELLING VCC FOR PAYPAL/EBAY VERIFICATION**
**Most usefull traffic for any webpage**

Reply | Reply With Quote

---

**11-15-2008, 05:09 AM** — #168

**RichardFalk** — Amateur Investor
Join Date: Sep 2008 — Posts: 7

**Re: LR Can't make Payment/Sending**

its now one week since I have send them all details they wanted to unblock my account (Passport copy and driver licence). Since I´ve send them everything they do not answer anymore and the account is still blocked? whats wrong with LR??

Reply | Reply With Quote

---

**11-15-2008, 10:57 AM** — #169

**P0IGMEMBER** — Amateur Investor
Join Date: Nov 2008 — Posts: 36

**Re: LR Can't make Payment/Sending**

perhaps LR will down line e-gold 😊

Reply | Reply With Quote

---

**11-15-2008, 03:11 PM** — #170

**Vintage** — Senior Investor
Join Date: Mar 2006 — Posts: 644

**Re: LR Can't make Payment/Sending**

> Originally Posted by **iomak**
> LR cannot continue to support scams like HYIPs and other fishy businesses which are advertised on Talkgold too. If LR will continue to do it, they will have the same way like e-gold.com and I guess LR admin doesn't want that.
> Any reliable payment system should ask about an ID. Don't you think so?

Nope. Only those payments systems that are in US (e-gold, e-bullion, paypal).

My Secret Info
BSrates.com - Compare rates of all biggest exchangers. Save your money!

Reply | Reply With Quote

---

+ Reply to Thread

Page 17 of 22 « First ‹ 3 4 5 6 7 8 9 10 11 15 16 **17** 18 19 20 21 22 › Last »
Quick Navigation: E-Currencies - PerfectMoney, SolidTrustPay, Payza, EGOPay, etc | Top

**Quick Reply**

[Post Quick Reply] [Go Advanced] [Cancel]

« Previous Thread | Next Thread »

**Thread Information**
There are currently 1 users browsing this thread. (1 members and 0 guests)
Asd1133

**Posting Permissions**
You may post new threads — BB code is On
You may post replies — Smilies are On
You may post attachments — [IMG] code is On
You may edit your posts — [VIDEO] code is On
HTML code is Off

Forum Rules

YOUR AD HERE! In front of thousands of visitors!
Your Ad Here for $85/week or $325/month
-- New2013
Contact Us - TalkGold.com - HYIP, Investing & money forum - Archive - Top
All times are GMT -5. The time now is 03:12 PM.
Powered by vBulletin® Version 4.2.0
Copyright © 2014 vBulletin Solutions, Inc. All rights reserved.