# Talkgold.com

YOUR AD HERE! In front of thousands of visitors!

What's New?   Advanced Search

our advertising disclaimer / Disclaimer - Must be read before using forum or clicking any links

YOUR AD HERE!
For only $17/day, $99/week or $379/month on the most Popular HYIP related site online!

Make $250,000 Dollars In Sports Arbitrage
WorldCups Arbs pick season upto 19.11% on one pick !48% vs in May. See it work on Demo account.

Put your banner or text in the rotation above! ONLY $17/day, $99/week, or $379/month!

16% DAILY

Learn the Secrets from Talkgold's Professional Online Entrepreneurs.
Name: ___
Email: ___
Submit

HUGE AD SALE! AT LEAST 50% OFF MOST TALKGOLD ADS. LIMITED TIME ONLY. See our new prices Here!

All banners and links On Talkgold are advertisements only. We do not endorse or vouch for any advertiser's claims. Use Extreme Caution & perform your own due diligence before sending money to anyone! Put Your 728X90 Banner Here NOW!

Forum » Caution : Risky High Yield Investing Programs » E-Currencies - PerfectMoney, SolidTrustPay, Payza, EGOPay, etc »
Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 10 of 53 · Page 1 of 6  **1** 2 3 4 5 6 › Last »

**Thread: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

---

**10-18-2007, 01:38 PM** — #1

**SNITCH** (Guest)

**Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

FACT:

The Costa Rican authorities have raided the offices of Liberty Reserve at 11:00am local time yesterday. They had to because of a MLAT (Mutual Legal Assistance Treaty) between Costa Rica and the USA. A Federal judge has indicted Liberty Reserve last month for being a money laundering vehicle in a recent fraud case.

I am sure google.co.cr (noticias) will be updated to reflect the news in the next few hours/days.

I am glad i use Pecunix !

---

**10-18-2007, 01:44 PM** — #2

**Exchangesplus** (Banned)
Join Date: Jul 2007
Posts: 183

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

Where did you find your info?

---

**10-18-2007, 02:02 PM** — #3

**jeFFpoll** (VIP Investor)
Join Date: Jan 2007
Location: GoldPoll
Posts: 1,312

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

Yeah.. where did you find it?

Regards,
Jeff

**DDoS Protection** service for the HYIP industry!
**GoldPoll Cares Campaign** - The Revolution in HYIPs Monitoring! Join!
**www.GoldPoll.com** - The biggest HYIP rating and monitoring service.

---

**10-18-2007, 02:24 PM** — #4

**alex34** (Investor)
Join Date: Dec 2005
Posts: 333

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From**

This is your first post only and why somebody should trust you? Give us the source of this news! It's bad if it's true coz I have 3500 on my LR account

---

**10-18-2007, 02:40 PM** — #5

**talkgold** (Administrator)
Join Date: Jan 2003
Location: New Jersey
Posts: 19,258

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

Just ignore the post in my opinion. There is a message stating that they are under maintenance.

Any Posts I make, are for discussion purposes only. I am not vouching for any programs. One should invest in all investment programs with Extreme Caution.

---

**10-18-2007, 04:11 PM** — #6

**uwe** (VIP Investor)
Join Date: Apr 2006
Location: Hamburg, Germany
Posts: 1,024

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

Right, it's absolutely BS!
There is no Mutual Legal Assistance Treaty between Costa Rica and the USA. Source: http://travel.state.gov/law/info/jud...icial_690.html

"If you can actually count your money, then you're not a rich man."

J. Paul Getty

---

**10-18-2007, 06:07 PM** — #7

**Xman** (Senior Investor)
Join Date: Sep 2006
Location: www.hyipmonitor.tv
Posts: 870

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

He`s just trying to make panic while their website is offline.

**HYIP Monitor**

**PR4 Lifetime Link for $0.95 Only!!**

---

**10-18-2007, 06:17 PM** — #8

**Ays** (Investor)
Join Date: Aug 2007
Posts: 236

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From**

Best for false.
Not so soon.

Goodness is the only investment that never fails.

---

**10-18-2007, 08:11 PM** — #9

**Redd** (Senior Investor)
Join Date: Aug 2004
Posts: 573

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From Fbi)**

What is MLAT and countries that cooperate with US:
http://travel.state.gov/law/info/jud...icial_690.html

I never knew there was such agreement between countries.

After a small research I found that the first post notice is a fake!!

Costa Rica and USA do NOT have an MLAT (Mutual Legal Assistance Treaty) agreement between them.

But PANAMA DOES!!!!

So both Pecunix and V-Money can be prosecuted by US!!!

Thank you for letting us know about this agreement. After seeing what USGov done to EMO, e-gold, Intgold, I do not want to lose funds in any currency that can be shut down by USGov.

So the list of e-currencies to stay away from has grown:
e-bullion - physically located in US
Pecunix - located in Panama that has an MLAT agreement with US
V-Money - located in Panama that has an MLAT agreement with US

The two good choices are:
Liberty Reserve - located in Costa Rica, which doesn't have an MLAT agreement with US
C-Gold - located in Republic of the Seychelles and Malaysia, both do not have an MLAT agreement with US

Damn, now I have to sell pecunix from my account
Damn2, autocambist doesn't work and I cannot exchange it

My sig is for sale!
I accept gold bullion only!

---

**10-18-2007, 08:20 PM** — #10

**alex34** (Investor)
Join Date: Dec 2005
Posts: 333

**Re: Liberty Reserve Raided By Costa Rican Authorities (responding To A M.l.a.t. From**

> Originally Posted by **Redd**
> Damn, now I have to sell pecunix from my account
> Damn2, autocambist doesn't work and I cannot exchange it

Autocambist is not the only one autoexchanger. You can try roboxchange or superchange, both are good and instant.

---

« Previous Thread | Next Thread »

Page 1 of 6  **1** 2 3 4 5 6 › Last »

Quick Navigation: E-Currencies - PerfectMoney, SolidTrustPay, Payza, EGOPay, etc    Top

**Thread Information**
There are currently 1 users browsing this thread. (0 members and 1 guests)

**Posting Permissions**
You may not post new threads          BB code is On
You may not post replies               Smilies are On
You may not post attachments           [IMG] code is On
You may not edit your posts            [VIDEO] code is On
                                       HTML code is Off

Forum Rules

YOUR AD HERE! In front of thousands of visitors!
Your Ad Here For $85/week or $325/month

-- Nov2013                                              Contact Us - TalkGold.com - HYIP, Investing & money forum - Archive - Top

All times are GMT. The time now is 08:52 PM.
Powered by vBulletin® Version 4.2.0
Copyright © 2014 vBulletin Solutions, Inc. All rights reserved.