Talkgold.com — HELPING YOU MAKE MONEY ONLINE

YOUR AD HERE! In front of thousands of visitors

User Name | Password | Log in
Remember Me?
Help | Register

What's New?
Advanced Search

PAYEER — SEND & EXCHANGE MONEY, INVEST MONEY, MERCHANT API — PAYMENT SYSTEM

Easiest way to sell your Bitcoins (BTC)
You can use our BONUS CODE: BITRIP293, and get the best price for Bitcoins.

BlockDOS.net - DDOS Protected Web Hosting!
The same protection that Talkgold Uses! Starting at $400/month when you mention Talkgold! The most reliable DDOS protection online!

YOUR AD HERE! In front of thousands of visitors.

Put your banner or text in the rotation above! ONLY $17/day, $99/week, or $379/month

EU5 EUROPE BUSINESS LIMITED — 16% DAILY
advcash — Money + online = easy!
HUGE AD SALE! AT LEAST 50% OFF MOST TALKGOLD ADS. LIMITED TIME ONLY. See our new prices Here!

Learn the Secrets from Talkgold's Professional Online Entrepreneurs.
Name:
Email:
Submit

All banners and links On Talkgold are advertisements only. We do not endorse or vouch for any advertiser's claims. Use Extreme Caution & perform your own due diligence before sending money to anyone! Put Your 728X90 Banner Here NOW!

Forum > Caution : Risky High Yield Investing Programs > General Program Talk > Internet Fraud Complaint Center (FBI)

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 21 to 25 of 25 — Page 3 of 3 — First ← 1 2 **3**

**Thread:** Internet Fraud Complaint Center (FBI)

Thread Tools ▼ | Display ▼

TALKGOLD SIDEBAR ADS
ADVERTISE HERE. Must read: Advertising Terms & Disclaimer
PUT YOUR 120X120 AD HERE FOR ONLY $180/WEEK!
Click Here for details.

CrowdFundingForum.com
Learn How to Make Cash Funding Various Projects
Cost of Ad - $170

MONHYIP.NET — MONITORING OF INVESTMENT PROJECTS — 3000% REF.BACK
Cost of Ad - $170

HOW TO PREDICT LOTTERY! #1 Rated Lottery Software — Click HERE!
Cost of Ad - $160

Forex Signals & Monitoring — All Currencies Signals Live Trading Room
Click Here to Join!
Cost of Ad - $140

fre$h way to make money?
Cost of Ad - $125

2-LEVEL AFFILIATE PROGRAM, 5-3%
Cost of Ad - $45

Solidchanger.com — BEST EX — PM
Cost of Ad - $45

CRYPTEX24 — CRYPTOCURRENCY AND ECURRENCY EXCHANGER
Cost of Ad - $45

YOUR AD HERE
PUT YOUR NON-ROTATING AD HERE NOW!
ONLY $45/Week

---

**11-08-2005, 10:14 PM** — #21

**senior90210**
Senior Investor
Join Date: Aug 2005
Location: TalkGold
Posts: 462

**Re: Internet Fraud Complaint Center (FBI)**

> Originally Posted by **yakuza**
> This will do no good. I have sent complaint several times to them regarding the hosting company that disabled my reseller account without any reason but they are deaf..Seems they are racist! They ignore people who are not from US.

"racist"? 😄 of course they never reply to people like you. 😄

Reply With Quote

---

Free 17.8 mBTC, absolutely FREE — coin178

---

**11-09-2005, 12:49 AM** — #22

**dougadam**
Senior Investor
Join Date: Oct 2005
Location: Traverse City, Michigan
Posts: 427

**Re: Internet Fraud Complaint Center (FBI)**

> Originally Posted by **miraclegers**
> I am pleased to attach below the website for the Internet Fraud Complaint Center.
>
> http://www.ifccfbi.gov/index.asp
>
> We need to stop these scammers to operate in the web. We are going to hunt them down wherever they are.
>
> Before joining the hyip please search for who owns a domain.
> Get it from
> http://paradigmwebdesign.com
>
> Please go to the WHOIS.

Cool!

SurveySavvy.com

Cool!

Reply With Quote

---

**11-09-2005, 01:38 AM** — #23

**roan**
Investor
Join Date: Sep 2005
Posts: 128

**Re: Internet Fraud Complaint Center (FBI)**

ummm.... it's 'lose' not 'loose' Must be the most frequently mispelled word online.

Reply With Quote

---

**11-09-2005, 03:52 AM** — #24

**engedi05**
Banned
Join Date: Oct 2005
Location: In the NET
Posts: 11,341

**Re: Internet Fraud Complaint Center (FBI)**

Internet FBI? Will it help you think?

Reply With Quote

---

**11-09-2005, 02:55 PM** — #25

**Redd**
Senior Investor
Join Date: Aug 2004
Posts: 573

**Re: Internet Fraud Complaint Center (FBI)**

People just don't understand that HYIP is a synonym for Gambling. If you know the rules of the game, you might win. If you don't, don't play, you'll lose your money.

Don't read the bull**** stories these hyips give you. The rules are simple:
1. give us your money.
2. wait a few cycles.
3. withdraw your money before we close.

There are more advanced guidelines on how to increase your chances in hyip, but that's a secret 😉

My sig is for sale!
I accept gold bullion only!

Reply With Quote

---

Page 3 of 3 — First ← 1 2 **3**

Quick Navigation ▼ General Program Talk | Top

« Previous Thread | Next Thread »

**Thread Information**
There are currently 2 users browsing this thread. (0 members and 2 guests)

**Posting Permissions**
You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
[VIDEO] code is On
HTML code is Off

Forum Rules

YOUR AD HERE! In front of thousands of visitors.
Your Ad Here for $85/week or $325/month

-- New2013

Contact Us — TalkGold.com - HYIP, Investing & money forum — Archive — Top

All times are GMT. The time now is 08:44 PM.
Powered by vBulletin® Version 4.2.0
Copyright © 2014 vBulletin Solutions, Inc. All rights reserved.