Case 1:13-cr-00368-DLC   Document 120-15   Filed 12/09/14   Page 1 of 8

**Subject:** Fwd: Данные, которые ты просил!
**From:** "OPP" <redghost@150mail.com>
**Date:** 2/28/2011 7:25 PM
**To:** azdine_a@hotmail.com

Dear Sir/papi

here is the info. please look at the bill for phone and change the address to match on the bill in your account profile.

--
OPP
redghost@150mail.com

Pass1 bis 07.12 2020.jpg

Термін дії паспорта продовжено до **07.12. 2020**
Extension of the passport

**Паспорт є власністю України**
**This passport is the property of Ukraine**

Іменем України Міністр закордонних справ України просить усіх, кого це може стосуватися, всіма можливими заходами полегшити поїздку пред'явника паспорта, подавати йому необхідну допомогу та захист.

In the name of Ukraine, the Minister of Foreign Affairs of Ukraine requests all those whom it may concern to facilitate in every possible way the travel of the bearer of this passport and to provide the bearer with all necessary assistance and protection.

Підпис пред'явника паспорта / Signature of bearer

# УКРАЇНА ⬥ UKRAINE

**ПАСПОРТ / PASSPORT**

Тип / Type: **P**
Код держави / Code of State: **UKR**
Паспорт № / Passport No.: ▬▬▬

Прізвище / Surname: **ГУРСЬКИЙ / GURSKY**
Ім'я / Given names: **АНАТОЛІЙ / ANATOLY**
Громадянство / Nationality: **УКРАЇНА / UKRAINE**
Дата народження / Date of birth: ▬▬▬
Стать / Sex: **Ч/M**
Місце народження / Place of birth: **КИЇВ / UKR**
Дата видачі / Date of issue: **07 ГРУ/DEC 00**
Орган, що видав / Authority: **2609**
Дійсний до / Date of expiry: **07 ГРУ/DEC 10**

```
P<UKRGURSKY<<ANATOLY<<<<<<<<<<<<<<<<<<<<<<<<
AT360125<2UKR5707050M1012079<<<<<<<<<<<<<<00
```

Fwd: Данные, которые ты просил!

Attachments:

| | |
|---|---:|
| Pass1 bis 07.12.2020.jpg | 557 KB |
| 2011_01rechnung_5602209687.pdf | 153 KB |



Telekom Deutschland GmbH
53171 Bonn

**Herrn**
Anatoly Gursky

42275 Wuppertal

| | |
|---|---|
| **Datum** | 11.01.11 |
| **Seite** | 1 von 5 |
| **Kundennummer** | 123 097 0068 |
| **Rechnungsnummer** | 937 101 4514 |
| **Buchungskonto** | 560 220 9687 |
| **Haben Sie noch Fragen zu Ihrer Rechnung?** | www.telekom.de/rechnungshilfe |
| **Telefon** | |

## Ihre Rechnung für Januar 2011

| Die Leistungen im Überblick (Summen) | Beträge (Euro) |
|---|---|
| **Monatliche Beträge** | 76,37 |
| **Nutzungsabhängige Beträge** | 0,16 |
| **Beträge anderer Anbieter** | 13,71 |
| **Summe der oben angeführten Beträge** | **90,24** |
| Umsatzsteuer 19 % auf … 90, 24 Euro | 17,15 |
| **Rechnungsbetrag** | **107, 39** |

Falls Sie den beigefügten Zahlschein nicht verwenden, leisten Sie bitte Ihre Zahlungen immer unter der oben genannten Rechnungsnummer. Der Rechnungsbetrag muss spätestens am 10. Kalendertag nach Zugang der Rechnung auf unserem Konto gutgeschrieben sein.

**Informationen zu Ihren Freiminuten**

Verrechnungsnummer   000 683 423 378
Sie haben im Monat Dezember   220   Ihrer Freiminuten verbraucht.

## Ihre Rechnung im Detail und weitere wichtige Hinweise finden Sie auf der Rückseite und den folgenden Seiten.

---

Telekom Deutschland GmbH, Landgrabenweg 151, 53227 Bonn
**Konto** Lautend auf Deutsche Telekom AG, Postbank Frankfurt (BLZ 50010060), Kto.-Nr. 498515605
IBAN DE74500100600498515605, SWIFT-BIC PBNKDEFF
**Aufsichtsrat** Timotheus Höttges (Vorsitzender)
**Geschäftsführung** Niek Jan van Damme (Sprecher), Thomas Berlemann, Thomas Dannenfeldt, Thomas Freude, Friedrich Fuß, Christoph Ganswindt, Dr. Christian P. Illek, Dr. Bruno Jacobfeuerborn, Dietmar Welslau
**Handelsregister** Amtsgericht Bonn, HRB 5919, Sitz der Gesellschaft Bonn
**Identnummern** Steuernummern: 205/5777/0518, USt-IdNr.: DE 122265872;
WEEE-Reg.-Nr.: DE60800328

Fortsetzung auf der Rückseite



| Empfängerin/Empfänger | Datum | 11.01.11 |
|---|---|---|
| Herrn | Seite | 2 von 5 |
| Anatoly Gursky | Kundennummer | 123 097 0068 |
| | Rechnungsnummer | 937 101 4514 |

## Ihre detaillierte Rechnung für Januar 2011

| Die Leistungen im Einzelnen | Artikel-/Leistungsnummer | Menge/Volumen/tarifierte Zeit | Nettoeinzelbetrag (Euro) | Nettogesamtbetrag (Euro) | USt. (%) |
|---|---|---|---|---|---|
| **Monatliche Beträge vom 01.01.11 bis 31.01.11** (Falls nicht anders angegeben) | | | | | |
| **Telefondienst** | | | | | |
| Verrechnungsnummer 004 046 877 492 Hauptrufnummer 202004784117 | | | | | |
| 1. Entertain Comfort (4)/ Standard, Monatl. Grundpreis . | 54485 | 1 | 37, 77 | 37,77 | 19 |
| **ISDN** | | | | | |
| Verrechnungsnummer 000 683 423 378 Hauptrufnummer 202002831395 | | | | | |
| 2. Call Basic/Universal Monatlicher Grundpreis | 32751 | 1 | 23, 48 | 23,48 | 19 |
| **T-DSL** | | | | | |
| Verrechnungsnummer 004 046 877 492 | | | | | |
| 3. Überlassung VDSL 25 am Entertain Comfort (4) | 06464 | 1 | 8, 40 | 8,40 | 19 |
| **Endgeräte** | | | | | |
| Verrechnungsnummer 004 046 877 581 | | | | | |
| 4. Speedport W 920V Endgeräte-Servicepaket Rabattstufe 1 | 80205 | 1 | 2, 98 | 2,98 | 19 |
| Verrechnungsnummer 004 046 877 584 | | | | | |
| 5. Media Receiver 300 Endgeräte-Servicepaket Rabattstufe 1 | 87833 | 1 | 3, 74 | 3,74 | 19 |
| **Summe Endgeräte** | | | | 6,72 | |
| **Summe Monatliche Beträge** | | | | 76,37 | |
| **Nutzungsabhängige Beträge** | | | | | |
| **ISDN** | | | | | |
| Rufnummer (02 02) 4 78 41 18 (Verrechnungsnummer 000 683 423 378) Verbindungen vom 01.12.10 bis 30.12.10 | | | | | |
| 6. 56 Call Basic, Cityverbindungen Budget | 32756 | 03:40:00 | | 0,00 | 19 |
| Rufnummer (02 02) 4 78 41 19 (Verrechnungsnummer 000 683 423 378) Verbindungen vom 29.12.10 bis 29.12.10 | | | | | |
| 7. 1 Call Basic, Verbindungen zu T-Mobile | 32764 | 1 | 0, 1596 | 0,16 | 19 |
| **Summe Verbindungen ISDN** | | | | 0,16 | |
| **Summe Nutzungsabhängige Beträge** | | | | 0,16 | |

Fortsetzung auf Seite 3



| | | | | | |
|---|---|---|---|---|---|
| **Empfängerin/Empfänger** | | | **Datum** | 11.01.11 | |
| Herrn | | | **Seite** | 3 von 5 | |
| Anatoly Gursky | | | | | |
| | | | **Kundennummer** | 123 097 0068 | |
| | | | **Rechnungsnummer** | 937 101 4514 | |

## Ihre detaillierte Rechnung für Januar 2011

| Die Leistungen im Einzelnen | Artikel-/ Leistungsnummer | Menge/Volumen/ tarifierte Zeit | Nettoeinzel- betrag (Euro) | Nettogesamt- betrag (Euro) | USt. (%) |
|---|---|---|---|---|---|
| **Beträge anderer Anbieter** | | | | | |
| **Verbindungen über Communica. Services TELE2 GmbH** | | | | | |

**Zu diesen Beträgen liegen der Telekom Deutschland keine Informationen vor. Richten Sie Anfragen und Beschwerden bitte ausschließlich an:**
Telefon: 0800-01013-56

Communica. Services TELE2 GmbH
In der Steele 39, 40599 Duesseldorf

Rufnummer   (02 02) 4 78 41 18
Verbindungen vom  05.12.10 bis 27.12.10

| | | | | | |
|---|---|---|---|---|---|
| 8. 1fachsurf  A | 24885 | | | 0,02 | 19 |
| 9. 1fachsurf  C | 24887 | | | 0,37 | 19 |
| 10. ALL2SURF  1 | 24893 | | | 5,68 | 19 |
| 11. ALL2SURF  2 | 24894 | | | 1,51 | 19 |
| 12. ALL2SURF  3 | 24895 | | | 1,48 | 19 |
| **Summe Verbindungen für oben angegebene Rufnummer** | | | | **9,06** | |
| **Summe Communica. Services TELE2 GmbH** | | | | **9,06** | |

**Verbindungen über  01026 Telecom GmbH (01026)**

**Zu diesen Beträgen liegen der Telekom Deutschland keine Informationen vor. Richten Sie Anfragen und Beschwerden bitte ausschließlich an:**
Telefon: 0800-1006605, Telefax: 0800-1006607

01026 Telecom GmbH (01026)
Robert-Bosch-Strasse 1, 52525 Heinsberg
E-Mail: www.01026telecom.de

Rufnummer   (02 02) 4 78 41 18
Verbindungen vom  27.10.10 bis 27.10.10

| | | | | | |
|---|---|---|---|---|---|
| 13. 01026-Auslandverbindungen | 61651 | | | 0,20 | 19 |
| **Summe 01026 Telecom GmbH (01026)** | | | | **0,20** | |

**Verbindungen über  Verizon Deutschland GmbH**

**Zu diesen Beträgen liegen der Telekom Deutschland keine Informationen vor. Richten Sie Anfragen und Beschwerden bitte ausschließlich an:**
Telefon: 0800-300240011, Telefax: 01802-639638

Verizon Deutschland GmbH
Sebrathweg 20, 44149 Dortmund
E-Mail: telefonrechnung@nexnet.de

Rufnummer   (02 02) 4 78 41 18
Verbindungen vom  26.12.10 bis 04.01.11

| | | | | | |
|---|---|---|---|---|---|
| 14. avivo  Internetgebühren | 40265 | | | 0,29 | 19 |
| **Summe Verizon Deutschland GmbH** | | | | **0,29** | |

Fortsetzung auf Seite 4



| | | |
|---|---|---|
| **Empfängerin/Empfänger**<br>Herrn<br>Anatoly Gursky | **Datum** | 11.01.11 |
| | **Seite** | 4 von 5 |
| | **Kundennummer** | 123 097 0068 |
| | **Rechnungsnummer** | 937 101 4514 |

## Ihre detaillierte Rechnung für Januar 2011

| Die Leistungen im Einzelnen | Artikel-/ Leistungsnummer | Menge/Volumen/ tarifierte Zeit | Nettoeinzel- betrag (Euro) | Nettogesamt- betrag (Euro) | USt. (%) |
|---|---|---|---|---|---|
| **Beträge anderer Anbieter** | | | | | |
| **Verbindungen über Linecall Telecom GmbH** | | | | | |
| **Zu diesen Beträgen liegen der Telekom Deutschland keine Informationen vor. Richten Sie Anfragen und Beschwerden bitte ausschließlich an:** | | | | | |
| **Telefon: 0800 / 1010670, Telefax: 0800 / 1010671** | | | | | |
| Linecall Telecom GmbH<br>Frauenbergstraße 31-33, 35039 Marburg<br>E-Mail: rechnung@01067.net | | | | | |
| Rufnummer (02 02) 4 78 41 18<br>Verbindungen vom 01.12.10 bis 21.12.10 | | | | | |
| 15. Call-by-Call Dienste 01067 | 89311 | | | 3,71 | 19 |
| **Summe Linecall Telecom GmbH** | | | | **3,71** | |
| **Verbindungen über carrier-services.de GmbH** | | | | | |
| **Zu diesen Beträgen liegen der Telekom Deutschland keine Informationen vor. Richten Sie Anfragen und Beschwerden bitte ausschließlich an:** | | | | | |
| **Telefon: 080032792350, Telefax: 080032792351** | | | | | |
| carrier-services.de GmbH<br>Friedrichsstrasse 90, 10117 Berlin<br>E-Mail: billing@carrier-services.de | | | | | |
| Rufnummer (02 02) 4 78 41 18<br>Verbindungen vom 05.11.10 bis 17.11.10 | | | | | |
| 16. easybell Onlinedienste<br>Tarife unter www.easybell.de | 55946 | | | 0,45 | 19 |
| **Summe carrier-services.de GmbH** | | | | **0,45** | |
| **Summe Beträge anderer Anbieter** | | | | **13,71** | |

Bitte beachten Sie, dass sich die Einzelsummen aus unterschiedlichen Abrechnungszeiträumen ergeben.

*******************************************************************************

Sie haben eine neue Bankverbindung - müssen also Ihre Daten für die Abbuchung der
Rechnung ändern - oder möchten eine Einzugsermächtigung erteilen?
Unter www.telekom.de/bankdaten-aendern können Sie Ihre Bankdaten einfach und sicher
online aktualisieren.
*******************************************************************************

Fortsetzung auf Seite 5



| | |
|---|---|
| **Empfängerin/Empfänger** | **Datum** 11.01.11 |
| Herrn | **Seite** 5 von 5 |
| Anatoly Gursky | |
| | **Kundennummer** 123 097 0068 |
| | **Rechnungsnummer** 937 101 4514 |

## Ihre detaillierte Rechnung für Januar 2011

**Bitte beachten Sie folgende Hinweise**
Ist der Rechnungsbetrag nicht zu dem angegebenen Termin eingegangen kommen Sie, ohne Mahnung, mit unseren Forderungen in Verzug. Mit den Forderungen der anderen Anbieter kommen Sie nach deren Allgemeinen Geschäftsbedingungen in Verzug, spätestens aber am 30. Tag nach Zugang dieser Rechnung. Ab Beginn des Verzugs können Ihnen die Kosten für Mahnungen aufgrund anhaltenden Zahlungsverzugs sowie Verzugszinsen in Rechnung gestellt werden. Beanstandungen müssen spätestens innerhalb von acht Wochen ab Rechnungszugang bei der Telekom Deutschland eingegangen sein.
**Die Unterlassung rechtzeitiger Beanstandung gilt als Genehmigung.**

Gesetzliche Ansprüche bleiben bei begründeten Beanstandungen nach Fristablauf unberührt. **Wir löschen Ihre Verbindungsdaten (Verkehrsdaten) 80 Tage nach Versand der Rechnung, sofern Sie nicht sogar die sofortige Löschung beauftragt haben oder die Verbindungsdaten (Verkehrsdaten) im Rahmen einer Flatrate anfallen und aus diesem Grund unverzüglich gelöscht werden.**
Es ist uns gesetzlich nicht erlaubt, Verbindungen zu kirchlichen und sozialen Beratungsstellen im Einzelverbindungsnachweis auszuweisen. Wir sind als Rechnungsersteller verpflichtet, Sie darauf hinzuweisen, dass Sie berechtigt sind, begründete Beanstandungen gegen einzelne Forderungen bei den jeweils benannten Anbietern geltend zu machen.

### Infos ohne Firlefanz – 11 8 33*. Wir sind die Auskunft!

**Ob Sie eine Rufnummer suchen oder eine Adresse, eine Autowerkstatt in der Nähe oder wenn Sie wissen wollen, wann der nächste verkaufsoffene Sonntag in Ihrer Stadt ist. Von uns bekommen Sie Informationen 24 Stunden am Tag, 7 Tage die Woche.**
* Aus dem Festnetz 1,99 Euro/Minute, aus den Mobilfunknetzen ggf. abweichende Preise.