**Asunto:** Documents for Verification
**De:** <Management@swiftexchanger.com>
**Fecha:** Wed, 2 Mar 2011 21:34:43 -0600
**Para:** <exchangers@libertyreserve.cr>

27

Dear Verifications Department
Please find attached are all documents required and the filled form for verification purpose.
If anything else needed  please don't hesitate to contact us.

Best regards
Swiftexchanger management
www.swiftexchanger.com

—Pass1 bis 07.12.2020.jpg

| | |
|---|---|
| **RE01-PAF-01 Cuestionario de Pre-VRF para exchangers.pdf** | **Content-Type:**  application/pdf<br>**Content-Encoding:** base64 |

2011_01rechnung_5602209687.pdf

| | |
|---|---|
| **2011_01rechnung_5602209687.pdf** | **Content-Type:**  application/pdf<br>**Content-Encoding:** base64 |

Pass1 bis 07.12.2020.jpg

| | |
|---|---|
| **Pass1 bis 07.12.2020.jpg** | **Content-Type:**  image/jpeg<br>**Content-Encoding:** base64 |