```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
                ------------------------------x

                UNITED STATES OF AMERICA,

                           v.                        13 Cr. 368 DLC

                MARK MARMILEV, a/k/a "Marko,"
                a/k/a "Mark Halls,

                                Defendant.

                ------------------------------x
                                                     February 28, 2014
                                                     2:35 p.m.


                Before:

                               HON. DENISE L. COTE,

                                                     District Judge


                                    APPEARANCES


                PREET BHARARA,
                     United States Attorney for the
                     Southern District of New York
                SERRIN TURNER,
                ANDREW GOLDSTEIN,
                CHRISTINE MAGDO,
                     Assistant United States Attorneys

                SETH GINSBERG,
                     Attorney for defendant Marmilev


                Also Present:
                     KEVIN MOSLEY, Trial Attorney DOJ
```

1               (In open court)

2               (Case called)

3               THE COURT:  I'll take a report from you, Mr. Turner.

4               MR. TURNER:  Thank you, your Honor.

5               A couple of weeks ago the government made available to

6     the defense pretty much all remaining discovery from the

7     take-down and the preceding investigation.  We are still

8     awaiting hard drives from the defense to copy the materials

9     onto, but once we receive those, we will promptly prepare the

10    drives and deliver them to the defendant.

11              That pretty much is going to complete the government's

12    discovery production.  It is again a voluminous final

13    production, so the defense has indicated it will need a lot of

14    time to go through that.  In the meantime, there have been

15    updates on the extradition situation.

16              Two out of the remaining three defendants have been

17    cleared for extradition.  Azzeddine El Amine in Spain was

18    cleared for extradition.  He is not pursuing any further appeal

19    of his extradition.  He is expected to arrive within the next

20    30 days.

21              Then Mr. Chukharev from Costa Rica, his extradition

22    has also been cleared by the government of Costa Rica and he,

23    too, is expected to arrive within the next 30 to 60 days.

24              So given that those two defendants should be arriving

25    in the near future and given that the defense needs more time

1   to continue reviewing the discovery and pursuing ongoing
2   conversations with the government about potential resolutions
3   of the case, the parties are jointly proposing that the court
4   adjourn this matter for one last time, until early May.  At
5   that point we can address setting a trial date for any
6   defendants at that time who desire to go to trial.
7            THE COURT:  Is Mr. Turner correct, Mr. Ginsberg, that
8   this is a joint application?
9            MR. GINSBERG:  Yes, your Honor.  For all the reasons
10  that Mr. Turner laid out, we agree.
11           THE COURT:  So we'll set a conference date of?
12           THE CLERK:  May 9th, at 11:30 am.
13           THE COURT:  Is there any objection to a continued
14  exclusion of time?
15           MR. GINSBERG:  No, your Honor.
16           THE COURT:  For the reasons set forth on the record, I
17  find the exclusion of time to be in the interests of justice
18  and to outweigh the best interests of the public and the
19  defendant in a speedy trial.  I will exclude time from today
20  until May 9th, and that is pursuant to Title 18, United States
21  Code, Section 3161 (h)(7)(A).
22           What is the status of the third defendant who is not
23  yet here, Mr. Turner?
24           MR. TURNER:  Mr. Budovsky's extradition from Spain is
25  running behind Mr. El Amine.

1            The lower level of a three-judge panel, the first
2    level of review, has approved his extradition.  However, the
3    indication is that he is going to appeal that ruling.  My
4    understanding is it goes to something comparable to rehearing
5    en banc in their system, and we were told it will take at least
6    another 10 weeks to complete.  So I expect to have more
7    information about that for your Honor at the next conference.
8            THE COURT:  Good.  Counsel, is there anything further
9    we need to do today?
10           MR. TURNER:  Not from the government.
11           MR. GINSBERG:  No.  Thank you.
12           THE COURT:  Thank you.
13           (Court adjourned)