# BLEAKLEY PLATT

NEW YORK    CONNECTICUT

MARY ANNE WIRTH
914.287.6108
MAWIRTH@BPSLAW.COM

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

RECEIVED JUL 13 2015 CHAMBERS OF DENISE COTE

July 10, 2015

7/13/2015

(By Email)
Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

United States v. Mark Marmilev
13 Cr. 368, 14-4738

Dear Judge Cote:

In my capacity as member of the Criminal Justice Act Panel, I have been assigned to represent Mark Marmilev on his appeal in the above case. I am writing to request a copy of the Statement of Reasons (SOR), which I am required to submit to the United States Court of Appeals for the Second Circuit in cases where there is an above guidelines sentence. In Mr. Marmilev's case, the Court sentenced Mr. Marmilev to a fine of $250,000, which is above the guidelines range. I will submit the SOR to the Court of Appeals as a confidential document. Please see United States v. Espinoza, 514 F.3d 209, 213 n. 5 (2d Cir. 2008), where the Second Circuit stated that the SOR should be provided to defense counsel and government attorneys.

I can be reached at 914-287-6108. Thank you.

Sincerely,

Mary Anne Wirth

cc: AUSA Michael A. Levy (by email)

Approved.
[signature] Denise Cote
7/13/15